# EXHIBIT A

# EXHIBIT A

## STUART SPRINGER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| UMG Recordings, Inc. | Ludacris | Keep It On the Hush | Word of Mouf | 304-605 |
| Arista Records LLC | Brand Nubian | Don't Let it Go to Your Head | Foundation | 264-001 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| UMG Recordings, Inc. | Nelly | Luven Me | Country Grammar | 281-782 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Small World | I Am | 175-149 |
| UMG Recordings, Inc. | Sublime | April 29, 1992 (Miami) | Sublime | 224-105 |
| UMG Recordings, Inc. | DMX | For My Dogs | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | I Gave You Power | It Was Written | 220-016 |
| Warner Bros. Records Inc. | Van Halen | Runnin' With the Devil | Van Halen | 239 |
| Warner Bros. Records Inc. | Green Day | Burnout | Dookie | 185-457 |
| UMG Recordings, Inc. | 311 | All Mixed Up | 311 | 212-293 |

| | | | | |
|---|---|---|---|---|
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Counting Crows | Mr. Jones | August and Everything After | 172-267 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | By The Way | By The Way | 316-878 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| UMG Recordings, Inc. | Tom Petty | Here Comes My Girl | Damn The Torpedoes | 14-497 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Memory Lane (Sittin' in da Park) | Illmatic | 207-177 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Tom Petty | Into the Great Wide Open | Into The Great Wide Open | 132-454 |
| Warner Bros. Records Inc. | Linkin Park | Faint | Meteora | 346-247 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |

| | | | | |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly feat. Kelly Rowland | Dilemma | Nellyville | 315-537 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Warner Bros. Records Inc. | Green Day | Good Riddance (Time of Your Life) | Nimrod | 244-558 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Tom Petty | Don't Come Around Here No More | Southern Accents | 65-435 |
| Arista Records LLC | Outkast | Hey Ya! | Speakerboxxx/The Love Below | 340-520 |
| UMG Recordings, Inc. | Blink 182 | Shut Up | Take Off Your Pants And Jacket | 301-317 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Black | Ten | 137-787 |
| Warner Bros. Records Inc. | Tom Petty | The Last DJ | The Last DJ | 314-623 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Ready Or Not | The Score | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Meet Virginia | Train | 298-334 |
| UMG Recordings, Inc. | Ja Rule | Race Against Time | Venni Vetti Vecci | 174-722 |

| | | | | |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Elderly Woman Behind the Counter in a Small Town | Vs. | 207-219 |
| UMG Recordings, Inc. | Weezer | Say It Ain't So | Weezer (Blue Album) | 187-644 |
| UMG Recordings, Inc | 50 Cent | Many Men (Wish Death) | Get Rich Or Die Tryin' | 337-801 |
| Arista Records LLC | Clipse | I'm Not You | Lord Willin' | 321-673 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Little Things | Good Charlotte | 288-305 |