# EXHIBIT B

Kazaa - [Search]

ile View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Billy Joel - Only the Good Die Young (1).mp3 | Billy Joel | 3,223KB | Audio | Only the ( |
| jumpzz23@KaZaA | Tom Petty - Don't Come Around Here No More.mp3 | Tom Petty | 4,752KB | Audio | Don't Come Arc |
| jumpzz23@KaZaA | 10- Forest Whitiker.mp3 | Brother Ali | 2,816KB | Audio | |
| jumpzz23@KaZaA | Tom Petty-Runaway Train.wma | Tom Petty | 1,954KB | Audio | |
| jumpzz23@KaZaA | Brother Ali - three day journey.mp3 | Brother Ali | 3,554KB | Audio | |
| jumpzz23@KaZaA | Atmosphere- Lucy Ford- 01 - Between the Lines.mp3 | Slug | 5,056KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - Saves The Day.mp3 | Atmosphere | 3,472KB | Audio | |
| jumpzz23@KaZaA | Neil Young - Keep on Rockin in the Free World.mp3 | Neil Young | 4,382KB | Audio | Keep On Rockin |
| jumpzz23@KaZaA | 8th Street Latinas - August.asf | 8th street latinas | 16,875KB | Video | |
| jumpzz23@KaZaA | 8th Street Latinas - Erika.wmv | 8SL | 21,664KB | Video | |
| jumpzz23@KaZaA | Tom Petty - Refugee.mp3 | tom petty | 3,165KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Here Comes My Girl.mp3 | tom petty | 4,142KB | Audio | |
| jumpzz23@KaZaA | tom petty-the last dj--when a kid goes bad.mp3 | tom petty | 3,330KB | Audio | W |
| jumpzz23@KaZaA | I Need to Know.mp3 | Tom Petty | 1,682KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - I Won't Back Down.mp3 | Tom Petty | 2,098KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - One Last Dance With Mary Jane.mp3 | Tom Petty | 4,235KB | Audio | One Last Da |
| jumpzz23@KaZaA | 2pac - 2 Pac - Bury Me a G.mp3 | Tupac Shakur | 4,722KB | Audio | 2 |
| jumpzz23@KaZaA | 10 Roses.mp3 | OutKast | 3,645KB | Audio | |
| jumpzz23@KaZaA | bob marly-i shot the sheriff.mp3 | Bob Marley | 2,272KB | Audio | |
| jumpzz23@KaZaA | Timbaland _Magoo-Indian Flute.mp3 | Timbaland _Magoo | 3,163KB | Audio | |
| jumpzz23@KaZaA | 12 Diedre vs. dice.mp3 | The Roots | 1,106KB | Audio | |
| jumpzz23@KaZaA | Noreaga - Da Hustla.mp3 | Noreaga | 3,392KB | Audio | |
| jumpzz23@KaZaA | jayz.kpl | Jay Z | 0KB | | |
| jumpzz23@KaZaA | Noreaga feat. Brown _Maze - Thug Poetry.mp3 | Capone and Noreaga | 3,968KB | Audio | Thug Poetry ( |
| jumpzz23@KaZaA | Shirells - One Fine Day.mp3 | SHIRELLS | 1,974KB | Audio | |
| jumpzz23@KaZaA | Notorious BIG - Juicy.mp3 | Notorious B.I.G. | 3,545KB | Audio | |
| jumpzz23@KaZaA | Noreaga- Going Legit.mp3 | Noreaga | 3,650KB | Audio | |
| jumpzz23@KaZaA | Bizmarke - Just A Friend.mp3 | Bizmarke | 3,797KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - We Jammin'.mp3 | Bob Marley | 2,474KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| ser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Bob Marley - We Jammin'.mp3 | Bob Marley | 2,474KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Bufalo Soldiers.MP3 | Bob Marley | 2,786KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - H To The Izzo.wav | Jay | 938KB | Audio | |
| jumpzz23@KaZaA | Roots, The - 05 - The Next Movement - The Legendary.mp3 | Roots, The | 1,955KB | Audio | T |
| jumpzz23@KaZaA | The Roots - The Spark.mp3 | The Roots | 4,547KB | Audio | |
| jumpzz23@KaZaA | the yearn.mp3 | lost boyz | 2,688KB | Audio | |
| jumpzz23@KaZaA | good jams.kpl | Unknown | 2KB | | |
| jumpzz23@KaZaA | The Roots - You Don't See Us.mp3 | The Roots | 4,214KB | Audio | |
| jumpzz23@KaZaA | What it's Like.mp3 | Everlast | 2,067KB | Audio | |
| jumpzz23@KaZaA | Still Fly.wma | Big Tymers | 2,255KB | Audio | |
| jumpzz23@KaZaA | The Roots - Step Into The Realm (Live).mp3 | The Roots | 2,431KB | Audio | Step Int |
| jumpzz23@KaZaA | 50 cents- many man.mp3 | 50 Cent | 2,007KB | Audio | |
| jumpzz23@KaZaA | SUBLIME - LOVE IS WHAT I GOT.MP3 | Sublime | 2,672KB | Audio | |
| jumpzz23@KaZaA | Rufus_Chaka Khan - Sweet Thing.mp3 | Rufus featuring Chaka Kh... | 3,909KB | Audio | |
| jumpzz23@KaZaA | Beatnuts - Look Around (Feat Dead Prez).mp3 | Beatnuts | 4,970KB | Audio | Look Aroun |
| jumpzz23@KaZaA | 01 - Track 1.rmj | Unknown | 3,443KB | | |
| jumpzz23@KaZaA | 01 - Track 1(1).rmj | Unknown | 3,546KB | | |
| jumpzz23@KaZaA | 04 - Track 4.rmj | Unknown | 4,671KB | | |
| jumpzz23@KaZaA | 07 - Track 7.rmj | Unknown | 3,341KB | | |
| jumpzz23@KaZaA | 08 - Track 8.rmj | Unknown | 3,102KB | | |
| jumpzz23@KaZaA | 10 - Track 10.rmj | Unknown | 3,511KB | | |
| jumpzz23@KaZaA | 12 - Track 12.rmj | Unknown | 3,273KB | | |
| jumpzz23@KaZaA | 14 - Track 14.rmj | Unknown | 3,614KB | | |
| jumpzz23@KaZaA | 17 - Track 17.rmj | Unknown | 3,068KB | | |
| jumpzz23@KaZaA | 18 - Track 18.rmj | Unknown | 3,409KB | | |
| jumpzz23@KaZaA | 01 - Young.rmj | Unknown | 3,955KB | | |
| jumpzz23@KaZaA | 02 - I Remember.rmj | Unknown | 4,842KB | | |
| jumpzz23@KaZaA | 05 - Big Star.rmj | Unknown | 3,989KB | | |
| jumpzz23@KaZaA | 06 - On The Coast Of Somewhere Beautiful.rmj | Unknown | 3,580KB | | 06 - On The Coast Of So |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| ser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | 06 - On The Coast Of Somewhere Beautiful.rmj | Unknown | 3,580KB | | 06 - On The Coast Of Sc |
| jumpzz23@KaZaA | 09 - No Shoes, No Shirt, No Problems.rmj | Unknown | 3,546KB | | 09 - No Shoes, No |
| jumpzz23@KaZaA | 01 - Getcha Some.rmj | Unknown | 3,307KB | | |
| jumpzz23@KaZaA | 03 - Should've Been A Cowboy.rmj | Unknown | 3,511KB | | 03 - Should' |
| jumpzz23@KaZaA | 04 - Dream Walkin'.rmj | Unknown | 3,955KB | | |
| jumpzz23@KaZaA | 05 - A Little Less Talk And A Lot More Action.rmj | Unknown | 2,863KB | | 05 - A Little Less Talk Anc |
| jumpzz23@KaZaA | 09 - You Ain't Much Fun.rmj | Unknown | 2,488KB | | 09 - |
| jumpzz23@KaZaA | 01 - Only In America.rmj | Unknown | 4,467KB | | 0 |
| jumpzz23@KaZaA | 01 - My Town (Piano Intro).rmj | Unknown | 441KB | | 01 - My |
| jumpzz23@KaZaA | 02 - My Town.rmj | Unknown | 4,433KB | | |
| jumpzz23@KaZaA | 03 - Break My Heart Again.rmj | Unknown | 4,023KB | | 03 - Bre |
| jumpzz23@KaZaA | 04 - Scarecrow.rmj | Unknown | 3,375KB | | |
| jumpzz23@KaZaA | 05 - Bad For Good.rmj | Unknown | 3,034KB | | |
| jumpzz23@KaZaA | 06 - Speed.rmj | Unknown | 4,023KB | | |
| jumpzz23@KaZaA | 07 - Hell Yeah.rmj | Unknown | 4,842KB | | |
| jumpzz23@KaZaA | 08 - Lonesome.rmj | Unknown | 4,364KB | | |
| jumpzz23@KaZaA | 09 - Why Do I Feel Like Running.rmj | Unknown | 4,023KB | | 09 - Why Do |
| jumpzz23@KaZaA | 08 - The One.rmj | Unknown | 4,330KB | | |
| jumpzz23@KaZaA | rolling stones - get off my cloud.mp3 | Rolling Stones | 2,769KB | Audio | |
| jumpzz23@KaZaA | Billy Joel - Piano Man.mp3 | Billy Joel | 4,606KB | Audio | |
| jumpzz23@KaZaA | The Who - Teenage Wasteland.mp3 | The Who | 4,823KB | Audio | T |
| jumpzz23@KaZaA | All Right.mp3 | Lost Boyz | 5,470KB | Audio | |
| jumpzz23@KaZaA | Act Too (The Love of My Life).mp3 | The Roots | 3,468KB | Audio | Act Too (Tl |
| jumpzz23@KaZaA | Big Tymers - Flossin Season (feat. Big Tymers).mp3 | Big Tymers | 3,202KB | Audio | Flossin Season |
| jumpzz23@KaZaA | kmd202_en.exe | Sharman Networks Ltd | 4,541KB | Software | Kazaa M |
| jumpzz23@KaZaA | The lox - my life.mp3 | Styles P ft. Pharoahe Mo... | 1,039KB | Audio | |
| jumpzz23@KaZaA | the roots feat. eryka badu.mp3 | The Roots | 4,078KB | Audio | |
| jumpzz23@KaZaA | kmd260_en.exe | Sharman Networks Ltd | 6,935KB | Software | Kazaa |
| jumpzz23@KaZaA | Dispatch - Small Change.mp3 | Dispatch | 2,942KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| ser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Dispatch - Small Change.mp3 | Dispatch | 2,942KB | Audio | |
| jumpzz23@KaZaA | Weezer - Say it Ain't So.mp3 | Weezer | 5,000KB | Audio | |
| jumpzz23@KaZaA | Nas - Illmatic - 06 - Memory Lane.mp3 | Nas | 3,878KB | Audio | |
| jumpzz23@KaZaA | 10 - I Remember.mp3 | Mr_cheeks | 3,650KB | Audio | |
| jumpzz23@KaZaA | Nas - Illmatic - 07 - One Love.mp3 | Nas | 3,204KB | Audio | |
| jumpzz23@KaZaA | 311 - Down (2).mp3 | 311 | 2,345KB | Audio | |
| jumpzz23@KaZaA | 311 - All Mixed Up.mp3 | 311 | 2,819KB | Audio | |
| jumpzz23@KaZaA | lost boyz - channel zero.mp3 | lost boyz | 4,684KB | Audio | |
| jumpzz23@KaZaA | Lost Boyz - Puff Harder.mp3 | Lost Boyz | 6,000KB | Audio | |
| jumpzz23@KaZaA | .kpl | Jay-Z f. Biggie | 0KB | | |
| jumpzz23@KaZaA | 1.kpl | Jay-Z | 0KB | | |
| jumpzz23@KaZaA | kmd171gu_en.exe | Sharman Networks Ltd | 1,729KB | Software | K |
| jumpzz23@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software | Kazaa |
| jumpzz23@KaZaA | lost boyz - legal drug money.mp3 | Lost Boys | 5,302KB | Audio | lost boyz |
| jumpzz23@KaZaA | The Roots feat. Mos Def - Double Trouble.mp3 | The Roots f/ Mos Def | 5,463KB | Audio | |
| jumpzz23@KaZaA | Hip-Hop.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Sublime - Santeria.mp3 | Sublime | 2,863KB | Audio | |
| jumpzz23@KaZaA | Benefit - my story.mp3 | Benefit | 4,506KB | Audio | |
| jumpzz23@KaZaA | Benefit - Friends.mp3 | Benefit | 2,848KB | Audio | |
| jumpzz23@KaZaA | Benefit - If I Owned a Midgit.mp3 | Benefit | 2,854KB | Audio | Il |
| jumpzz23@KaZaA | Jazz.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Lost Boyz - LB Fam 4 Life.mp3 | Lost Boyz | 3,814KB | Audio | |
| jumpzz23@KaZaA | jigga.kpl | Jay-Z | 0KB | | |
| jumpzz23@KaZaA | 2.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | C) LimpBizkit - Rearrange.mp3 | Limp Bizkit | 5,542KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - Clay.mp3 | Atmosphere | 3,580KB | Audio | |
| jumpzz23@KaZaA | 11 - Jay-Z - In My Lifetime (original).mp3 | Jay Z | 4,180KB | Audio | In M |
| jumpzz23@KaZaA | Tragedy Khadafi - Hood Wars.mp3 | Tradegy Khadafi | 3,374KB | Audio | |
| jumpzz23@KaZaA | Lost Boyz - What's Wrong.mp3 | Lost Boyz | 3,910KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Lost Boyz - What's Wrong.mp3 | Lost Boyz | 3,910KB | Audio | |
| jumpzz23@KaZaA | Noreaga - The Change.mp3 | Noreaga | 3,320KB | Audio | |
| jumpzz23@KaZaA | Noreaga - It's Not A Game.mp3 | Noreaga | 2,317KB | Audio | It's Not A Ga |
| jumpzz23@KaZaA | Oldies - Rascals - It's A Beautiful Morning.MP3 | Rascals | 2,393KB | Audio | |
| jumpzz23@KaZaA | big l - M.V.P..mp3 | big l | 3,412KB | Audio | |
| jumpzz23@KaZaA | big l - I Don't Understand It.mp3 | Big L | 4,070KB | Audio | I |
| jumpzz23@KaZaA | Let 'Em Have It 'L'.mp3 | Big L | 3,750KB | Audio | |
| jumpzz23@KaZaA | 16 - It's Like That.mp3 | Jay-Z | 3,114KB | Audio | |
| jumpzz23@KaZaA | Jay-Z feat. Biggie - Brooklyn's Finest.mp3 | Jay-Z f. Biggie | 6,489KB | Audio | |
| jumpzz23@KaZaA | David Banner-Cadillac on 22's.mp3 | David Banner | 4,123KB | Audio | |
| jumpzz23@KaZaA | Sublime - Chick on My Tip.mp3 | Sublime | 3,064KB | Audio | |
| jumpzz23@KaZaA | Beastie_Boys_-_The_New_Style.mp3 | Beastie Boys | 1,874KB | Audio | |
| jumpzz23@KaZaA | Sublime - Burritos.mp3 | Sublime | 2,760KB | Audio | |
| jumpzz23@KaZaA | Sublime - Seed.mp3 | Sublime | 2,030KB | Audio | |
| jumpzz23@KaZaA | Sublime - Jailhouse.mp3 | Sublime | 4,570KB | Audio | |
| jumpzz23@KaZaA | 05 - Sublime - Dont_Push.mp3 | Sublime | 3,672KB | Audio | |
| jumpzz23@KaZaA | 10 - Paddle Out (1).mp3 | Sublime | 1,690KB | Audio | |
| jumpzz23@KaZaA | Sublime - Wrong Way.mp3 | Sublime | 1,861KB | Audio | |
| jumpzz23@KaZaA | Blind Melon - Three Is A Magic Number.mp3 | Blind Melon | 3,033KB | Audio | Three |
| jumpzz23@KaZaA | Sublime - Had A Dat.mp3 | Sublime | 3,316KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - Reasonable Doubt - 07 - 22 Two's(1).mp3 | Jay Z | 4,082KB | Audio | |
| jumpzz23@KaZaA | 16 - Keeping it moving.mp3 | A Tribe Called Quest | 3,414KB | Audio | |
| jumpzz23@KaZaA | atmosphere - sad clown bad dub part i - 02.mp3 | slug | 6,852KB | Audio | atmosphere - sad clown |
| jumpzz23@KaZaA | A Tribe Called Quest- Bonita Applebum (Hootie mix).mp3 | A Tribe Called Quest | 3,066KB | Audio | Bonita App |
| jumpzz23@KaZaA | 13 Allure.wma | Jay-Z | 6,888KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - vivrant thing - violator featuring q-ti... | Q Tip | 2,068KB | Audio | |
| jumpzz23@KaZaA | Skee-Lo - I Wish.mp3 | Skee Lo | 4,247KB | Audio | |
| jumpzz23@KaZaA | 14 - Da Game.mp3 | Lost Boyz | 3,507KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - No woman no cry.mp3 | Bob Marley | 4,867KB | Audio | |

und 814 files

2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) Not sharing any files

Kazaa - [Search]

ile View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Bob Marley - No woman no cry.mp3 | Bob Marley | 4,867KB | Audio | |
| jumpzz23@KaZaA | Blink 182 - Peggy Sue.mp3 | Blink 182 | 2,163KB | Audio | |
| jumpzz23@KaZaA | Early 90s- Positive K- I Got A Man.mp3 | Positive K | 2,727KB | Audio | |
| jumpzz23@KaZaA | good shit.kpl | Unknown | 2KB | | |
| jumpzz23@KaZaA | Counting Crows - A Long December (1).mp3 | Counting Crows | 3,995KB | Audio | |
| jumpzz23@KaZaA | Foo Fighters - My Hero.mp3 | Foo Fighters | 3,555KB | Audio | |
| jumpzz23@KaZaA | 13-Bring It On (Featuring Big Jaz Sauce Money).wma | Jay-Z | 4,790KB | Audio | 13-Bring It On (Featuring Big |
| jumpzz23@KaZaA | Shyne (ft Barrington Levy) - Bonnie And Shyne.mp3 | Shyne feat Barrington Le... | 3,030KB | Audio | |
| jumpzz23@KaZaA | Tupac - Live and Die in L.A..mp3 | 2 Pac | 4,284KB | Audio | 2pac-2 |
| jumpzz23@KaZaA | Pop Rock.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Beasty Boys- girls.mp3 | Beastie Boys | 1,310KB | Audio | |
| jumpzz23@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | | Electronica |
| jumpzz23@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | | Funk |
| jumpzz23@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | | Hip-Hop |
| jumpzz23@KaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Band | 0KB | | Pop Rock |
| jumpzz23@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | | RB |
| jumpzz23@KaZaA | 01 - Until We Rich (ft- Krayzie Bone).wma | Unknown | 2,015KB | Audio | 01 - Until We Rich |
| jumpzz23@KaZaA | Warren G - I Want It All (feat Mack 10).mp3 | Warren G | 2,406KB | Audio | |
| jumpzz23@KaZaA | Greenday - She.mp3 | Green Day | 2,100KB | Audio | |
| jumpzz23@KaZaA | Pulling Teeth.mp3 | Greenday | 2,696KB | Audio | |
| jumpzz23@KaZaA | Green Day - Dookie - 03 - Chump (1).mp3 | GreenDay | 2,040KB | Audio | |
| jumpzz23@KaZaA | Beastie_Boys_-_She's_Crafty.mp3 | Beastie Boys | 1,463KB | Audio | |
| jumpzz23@KaZaA | Greenday - Dookie - 11 - Coming Clean.mp3 | Green Day | 1,482KB | Audio | |
| jumpzz23@KaZaA | Beastie Boys - Slow And Low.mp3 | Beastie Boys | 3,759KB | Audio | |
| jumpzz23@KaZaA | RB.kpl | Unknown | 1KB | | |
| jumpzz23@KaZaA | 08 - J.A.R. (Jason Andrew Relva).mp3 | Green Day | 3,339KB | Audio | J.A.R. (Ja |
| jumpzz23@KaZaA | Blink 182 simpsons.gif | Unknown | 33KB | Image | |
| jumpzz23@KaZaA | Ore - That Was a Crazy Game of Poker .mp3 | Oar | 2,349KB | Audio | That Was a Cr |
| jumpzz23@KaZaA | new album-the end-blink - 182.mp3 | blink - 182 | 3,735KB | Audio | |
| jumpzz23@KaZaA | smashing pumpkins - Today.mp3 | Smashing Pumpkins | 3,124KB | Audio | |

ind 814 files | 2,769,538 users online, sharing 1,477,497,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | new album-the end-blink - 182.mp3 | blink - 182 | 3,735KB | Audio | |
| jumpzz23@KaZaA | smashing pumpkins - Today.mp3 | Smashing Pumpkins | 3,124KB | Audio | |
| jumpzz23@KaZaA | AC DC - Shook Me All Night Long.MP3 | AC DC | 2,712KB | Audio | Shoo |
| jumpzz23@KaZaA | Fuges - Ohh La La La.mp3 | Fugees | 4,062KB | Audio | |
| jumpzz23@KaZaA | Lynrd Skynrd - Tuesday's Gone.mp3 | lynard skynard | 2,164KB | Audio | |
| jumpzz23@KaZaA | Rolling Stones - Paint It Black.mp3 | Rolling Stones | 2,246KB | Audio | |
| jumpzz23@KaZaA | Planning A City.doc | Bridget C. Sharp | 26KB | Document | |
| jumpzz23@KaZaA | The Beatnuts - We Got the Funk.mp3 | The Beatnuts | 3,100KB | Audio | |
| jumpzz23@KaZaA | Disbatch - Out loud.mp3 | Disbatch | 3,146KB | Audio | |
| jumpzz23@KaZaA | The Offspring - Smash - 13 - Not The One (1).mp3 | Offspring | 2,042KB | Audio | |
| jumpzz23@KaZaA | kmd202gu_en.exe | Sharman Networks Ltd | 3,323KB | Software | K |
| jumpzz23@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio | Wann |
| jumpzz23@KaZaA | The Who - Happy Jack.mp3 | The Who | 1,060KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - The Blueprint - 09 - Never Change.mp3 | Jay-Z | 2,861KB | Audio | |
| jumpzz23@KaZaA | 11-50_cent-back_down.rm | Unknown | 772KB | | 11-5 |
| jumpzz23@KaZaA | Reggae.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Folk.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | 13-nappy roots - It_Aint_Nuthin.mp3 | Nappy Roots | 3,680KB | Audio | |
| jumpzz23@KaZaA | Pennywise - Bro Hymm Tribute.mp3 | Pennywise | 1,838KB | Audio | |
| jumpzz23@KaZaA | Alternative Rock.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Electronica.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Funk.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | World Beat.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | The Heist.mp3 | Big L | 2,734KB | Audio | |
| jumpzz23@KaZaA | 50 Cent - 21 Questions (ft. Nate Dogg).wma | 50 Cent | 2,214KB | Audio | 21 Questic |
| jumpzz23@KaZaA | Nirvana - Lithium.mp3 | Nirvana | 3,727KB | Audio | |
| jumpzz23@KaZaA | Nirvana - You Know You're Right (1).MP3 | Nirvana | 3,126KB | Audio | Yo |
| jumpzz23@KaZaA | Sublime - Right Back.mp3 | Sublime | 2,000KB | Audio | |
| jumpzz23@KaZaA | 09 - New Trash.mp3 | Sublime | 1,764KB | Audio | |
| jumpzz23@KaZaA | Sublime - Ebin.mp3 | Sublime | 3,200KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | 09 - New Trash.mp3 | Sublime | 1,764KB | Audio | |
| jumpzz23@KaZaA | Sublime - Ebin.mp3 | Sublime | 3,308KB | Audio | |
| jumpzz23@KaZaA | Sublime - Freeway Time In LA County Jail.mp3 | Sublime | 2,312KB | Audio | Freeway Tim |
| jumpzz23@KaZaA | Paperboy - Ditty.mp3 | Paperboy | 3,122KB | Audio | |
| jumpzz23@KaZaA | Sublime - Dont Push [acoustic].mp3 | Sublime | 2,786KB | Audio | Dc |
| jumpzz23@KaZaA | Flamboyant (Big L).mp3 | Big L | 2,238KB | Audio | |
| jumpzz23@KaZaA | Atmosphere-God's Bathroom Floor.mp3 | Atmosphere | 3,711KB | Audio | Gc |
| jumpzz23@KaZaA | Lox-Holiday.mp3 | Holiday Styles--Ruff Ryde... | 3,634KB | Audio | |
| jumpzz23@KaZaA | I'm Built For This - Cormega 244x.mp3 | Cormega | 3,855KB | Audio | |
| jumpzz23@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | KanyeWest-ThroughTheWire.mp3 | Kanye West | 3,327KB | Audio | through th |
| jumpzz23@KaZaA | Audio - Folk.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Audio - Funk.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Andre Nikatina - Ayo For Yayo.mp3 | Andre Nikatina | 3,238KB | Audio | |
| jumpzz23@KaZaA | walk witt me-i ain't forget-sheek louch.mp3 | sheek louch | 7,440KB | Audio | |
| jumpzz23@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | | |
| jumpzz23@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Audio - RB.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | | Audic |
| jumpzz23@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | | Audi |
| jumpzz23@KaZaA | How Do I Say.html | Unknown | 0KB | | |
| jumpzz23@KaZaA | Big Tymers-this_is_how_we_do.wma | Big Tymers | 3,080KB | Audio | |
| jumpzz23@KaZaA | bully-unknow_eminem.mp3 | Eminem | 3,543KB | Audio | |
| jumpzz23@KaZaA | Enimen - Criminal.mp3 | EMINEM | 3,484KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Girl On LSD.mp3 | Tom Petty | 2,997KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Roll Another Joint (1).mp3 | Tom Petty | 2,262KB | Audio | Rc |
| jumpzz23@KaZaA | Tupac - pour out a lil liquor.mp3 | TuPac | 3,270KB | Audio | P |

ind 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Tupac - pour out a lil liquor.mp3 | TuPac | 3,270KB | Audio | P |
| jumpzz23@KaZaA | Gangstarr - You Know My Steez.mp3 | Gang Starr | 3,497KB | Audio | Y |
| jumpzz23@KaZaA | Cormega - They Forced My Hand.mp3 | Cormega | 1,989KB | Audio | The |
| jumpzz23@KaZaA | Tupac - 11 - Tradin War Stories.mp3 | 2pac | 5,138KB | Audio | |
| jumpzz23@KaZaA | Eminem - Infinite - 05 - tonight.mp3 | Eminem | 4,365KB | Audio | |
| jumpzz23@KaZaA | Tupac Amaru Shakur - Representin' 93.mp3 | 2pac | 2,514KB | Audio | |
| jumpzz23@KaZaA | 50 Cent-Porn Star.mp3 | 08-llyod_banks_feat._50... | 3,304KB | Audio | |
| jumpzz23@KaZaA | Eminem - Infinite.mp3 | Eminem | 3,773KB | Audio | |
| jumpzz23@KaZaA | Nas - Small World.mp3 | Nas | 4,462KB | Audio | |
| jumpzz23@KaZaA | Group Home - Sacrifice.mp3 | Group Home | 2,430KB | Audio | |
| jumpzz23@KaZaA | Xzibit - Foundation.mp3 | Xzibit | 3,672KB | Audio | |
| jumpzz23@KaZaA | 12 You Don't Know (In the Ghetto).wma | freeway | 3,989KB | Audio | 12 You Don't Kn |
| jumpzz23@KaZaA | group home - up against the wall (getaway car mix).mp3 | Group Home | 4,276KB | Audio | Up Agai |
| jumpzz23@KaZaA | 11,Group Home - Livin Proof.mp3 | Group Home | 3,984KB | Audio | |
| jumpzz23@KaZaA | Audio - Stuart Smith.kpl | Stuart Smith | 0KB | | A |
| jumpzz23@KaZaA | 03-Where IM from.mp3 | 50 Cent Feat G-Unit | 4,541KB | Audio | |
| jumpzz23@KaZaA | kmd260_en (1).exe | Sharman Networks Ltd | 6,930KB | Software | Kazaa |
| jumpzz23@KaZaA | Cam'ron and Biggie.mp3 | Camron and Biggie | 3,021KB | Audio | Sports, Drugs, |
| jumpzz23@KaZaA | Audio - Waylandshpere.kpl | Unknown | 0KB | | Audi |
| jumpzz23@KaZaA | Video - Bob Marley.kpl | Unknown | 0KB | | |
| jumpzz23@KaZaA | Video - Documentaries.kpl | Unknown | 0KB | | Vide |
| jumpzz23@KaZaA | Atmosphere - Sound Is Vibration.mp3 | Atmosphere | 4,632KB | Audio | Atmosphere - |
| jumpzz23@KaZaA | Atmosphere - 03 Brief Description.mp3 | Atmosphere | 4,002KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - It Goes.mp3 | Atmosphere | 4,187KB | Audio | |
| jumpzz23@KaZaA | atmosphere - travel.mp3 | Atmosphere | 7,240KB | Audio | |
| jumpzz23@KaZaA | 06-g-unit-g_unit_soldiers-4hm.mp3 | 50 cent | 4,383KB | Audio | |
| jumpzz23@KaZaA | Group Home - Suspended In Time.mp3 | Group Home | 4,270KB | Audio | |
| jumpzz23@KaZaA | West Side Connection - Killa Cali.mp3 | Westside Connection | 3,923KB | Audio | |
| jumpzz23@KaZaA | Glory Days.mp3 | Cormega | 3,166KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files