Kazaa - [Search]

ile View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New Search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Glory Days.mp3 | Cormega | 3,166KB | Audio | |
| jumpzz23@KaZaA | Tupac - One Day At A Time.mp3 | Tupac | 1,750KB | Audio | |
| jumpzz23@KaZaA | Cormega - Live Ya Life.mp3 | Cormega | 1,527KB | Audio | |
| jumpzz23@KaZaA | ACDC - TNT.mp3 | AC/DC | 3,563KB | Audio | |
| jumpzz23@KaZaA | AC DC - Highway To Hell.mp3 | ACDC | 3,252KB | Audio | |
| jumpzz23@KaZaA | new cd as 2.cl4 | Unknown | 7KB | | |
| jumpzz23@KaZaA | 04[1](14).mpg | Unknown | 251KB | Video | |
| jumpzz23@KaZaA | 04 - Red Ragtop.rmj | Unknown | 4,705KB | | |
| jumpzz23@KaZaA | 11 - She's My Kind Of Rain.rmj | Unknown | 4,262KB | | 11 - Sh |
| jumpzz23@KaZaA | 01 - Judgement Day (Intro).rmj | Unknown | 953KB | | 01 - Jud |
| jumpzz23@KaZaA | 02 - Perfect World.rmj | Unknown | 3,034KB | | |
| jumpzz23@KaZaA | 03 - Cradle Rock (Featuring Left Eye).rmj | Unknown | 4,228KB | | 03 - Cradle Rock (F |
| jumpzz23@KaZaA | Paris_Hilton_SexMovie-Brightened-DDB.mpg | Paris Hilton | 24,656KB | Video | Paris_Hilton |
| jumpzz23@KaZaA | MILF Hunter-Lita Full.mpg | Milf Hunter | 123,246KB | Video | |
| jumpzz23@KaZaA | MILF Hunter - julie full.asf | Milf Hunter | 79,409KB | Video | |
| jumpzz23@KaZaA | MILF Hunter-Sarah Full.mpg | Milf Hunter | 99,982KB | Video | |
| jumpzz23@KaZaA | Atmosphere - The Woman with the Tatooed Hands.mp3 | Atmosphere | 2,851KB | Audio | The Woman with t |
| jumpzz23@KaZaA | Atmosphere - Fuck You Lucy.mp3 | Atmosphere | 5,435KB | Audio | |
| jumpzz23@KaZaA | MILFHunter - Katherina 3.wmv | MILF Hunter | 30,575KB | Video | MILFH |
| jumpzz23@KaZaA | Pearl Jam - Elderly Woman behind the Counter in a Small T... | Pearl Jam | 3,066KB | Audio | Elderly Woman Behind the Coun |
| jumpzz23@KaZaA | Atmosphere 9 (1).mp3 | Atmosphere | 4,198KB | Audio | |
| jumpzz23@KaZaA | Sage Francis - Runaways.mp3 | Sage Francis | 6,590KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Breakdown.mp3 | tom petty | 2,542KB | Audio | |
| jumpzz23@KaZaA | MILF Hunter - Colleen 2- sunshower_strange2_big.wmv | Fredje Frijters | 29,712KB | Video | Mil |
| jumpzz23@KaZaA | Tom Petty - American Girl.mp3 | Tom Petty | 2,456KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - The Last DJ.mp3 | Tom Petty | 3,599KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Wildflowers.mp3 | Tom Petty | 2,975KB | Audio | |
| jumpzz23@KaZaA | 2Pac - Ressurection.mp3 | tupac | 2,455KB | Audio | |
| jumpzz23@KaZaA | Bob Dylan - Hurricane.mp3 | Bob Dylan | 7,994KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

e View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| ser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Bob Dylan - Hurricane.mp3 | Bob Dylan | 7,994KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - You Got Lucky.mp3 | Tom Petty | 3,378KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Into The Great Wide Open.mp3 | Tom Petty | 3,446KB | Audio | Into Th |
| jumpzz23@KaZaA | Tom Petty - Listen To Her Heart.mp3 | Tom Petty | 2,861KB | Audio | L |
| jumpzz23@KaZaA | Tom Petty - Don't Do Me Like That.mp3 | Tom Petty | 2,530KB | Audio | Do |
| jumpzz23@KaZaA | tom petty - Even Losers.mp3 | Tom Petty | 3,418KB | Audio | |
| jumpzz23@KaZaA | Copy of 2pac - Thug Life - Straight Ballin.mp3 | Tupac Shakur | 4,754KB | Audio | |
| jumpzz23@KaZaA | Loyd Banks _Young Buck - Sleep With An AK.mp3 | Young Buck | 2,830KB | Audio | |
| jumpzz23@KaZaA | Sublime - Smoke Two Joints.mp3 | Sublime | 2,695KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chilli Pepers --Road trippin.mp3 | Red Hot Chili Peppers | 2,410KB | Audio | |
| jumpzz23@KaZaA | Sublime - What Happened.mp3 | Sublime | 3,238KB | Audio | |
| jumpzz23@KaZaA | Lou Reed - Take a Walk on the Wild Side.mp3 | Lou Reed | 3,873KB | Audio | Take a W |
| jumpzz23@KaZaA | Almost Famous - Soundtrack 2000 (10) - Lynard Skynard - ... | Lynard Skynard | 4,580KB | Audio | |
| jumpzz23@KaZaA | Bad Company - Simple Man.mp3 | Lynard Skynard | 3,502KB | Audio | |
| jumpzz23@KaZaA | Lynard Skynard - Simple Man.mp3 | Lynyrd Skynyrd | 5,557KB | Audio | |
| jumpzz23@KaZaA | Pink Floyd - Wish You Where Here.mp3 | Pink Floid | 4,962KB | Audio | Wi |
| jumpzz23@KaZaA | Bruce Springstien - My Hometown.mp3 | Bruce Springstien | 3,948KB | Audio | |
| jumpzz23@KaZaA | Dion _The Belmonts - The Wanderer.mp3 | Dion and the Belmonts | 2,673KB | Audio | |
| jumpzz23@KaZaA | Rolling Stones - Wild Horses.mp3 | Rolling Stones | 5,368KB | Audio | |
| jumpzz23@KaZaA | Beatles - I Wanna Hold Your Hand.mp3 | Beatles | 2,281KB | Audio | I Wan |
| jumpzz23@KaZaA | Chubby Checker - The Twist.mp3 | Chubby Checker | 2,452KB | Audio | |
| jumpzz23@KaZaA | Led Zeppelin - Babe I'm Gonna Leave You.mp3 | Led Zepplin | 6,293KB | Audio | Babe In |
| jumpzz23@KaZaA | The Roots - Without A Doubt.mp3 | The Roots | 3,982KB | Audio | |
| jumpzz23@KaZaA | 04-JayZ-Girls Girls Girls.mp3 | Jay Z | 4,300KB | Audio | |
| jumpzz23@KaZaA | Dion and the Belmonts- Teenager in Love.mp3 | Dion And The Belmonts | 2,460KB | Audio | A |
| jumpzz23@KaZaA | notorious big - I got a story to tell.mp3 | Notorious B.I.G. | 4,395KB | Audio | I |
| jumpzz23@KaZaA | notorious big - me and my bitch.mp3 | Notorious BIG | 2,819KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs N Harmony - Crossroads.mp3 | Bone Thugs N Harmony | 3,580KB | Audio | |
| jumpzz23@KaZaA | Beatnuts - Watch Out Now.mp3 | Beatnuts | 2,800KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Beatnuts - Watch Out Now.mp3 | Beatnuts | 2,800KB | Audio | |
| jumpzz23@KaZaA | Bone_Thugs_N_Harmony-Ghetto_Cowboy.mp3 | Bone Thugs N Harmony | 4,704KB | Audio | |
| jumpzz23@KaZaA | Boiler Room - The Notorious B.I.G. - Things Done Changed... | Notorious BIG | 3,719KB | Audio | Thi |
| jumpzz23@KaZaA | Blink182 - Shut up.mp3 | Blink 182 | 3,129KB | Audio | |
| jumpzz23@KaZaA | Eazy E - Gimmie That Nut.mp3 | Easy-E | 2,078KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Could You Be Loved.mp3 | Bob Marley | 3,356KB | Audio | C |
| jumpzz23@KaZaA | Melvin Flint-Da Hustler - Noreaga - Gangsta's Watch.mp3 | Noreaga | 2,756KB | Audio | |
| jumpzz23@KaZaA | Ice Cube - Today Was A Good Day.mp3 | Ice Cube | 3,581KB | Audio | Toda |
| jumpzz23@KaZaA | Beetles EightDaysAWeek.mp3 | The Beatles | 1,440KB | Audio | |
| jumpzz23@KaZaA | David Grey - Babylon.mp3 | David Gray | 3,113KB | Audio | |
| jumpzz23@KaZaA | The Roots - Adrenaline!.mp3 | The Roots | 4,181KB | Audio | |
| jumpzz23@KaZaA | Dispatch - The General.mp3 | Dispatch | 2,893KB | Audio | |
| jumpzz23@KaZaA | Blink 182 - 03 - First Date (mp3wma.net).mp3 | Blink 182 | 2,682KB | Audio | |
| jumpzz23@KaZaA | Jay-Z ft. Mariah Carey - Thing that you do.mp3 | Jay Z ft Mariah Carey | 4,569KB | Audio | Th |
| jumpzz23@KaZaA | Jay-Z-H to the Izzo.mp3 | Jay-Z | 1,466KB | Audio | |
| jumpzz23@KaZaA | Blink 182 - The Rock Show.mp3 | Blink 182 | 2,625KB | Audio | |
| jumpzz23@KaZaA | blink182_therockshow (2).mp3 | Blink182 | 2,408KB | Audio | |
| jumpzz23@KaZaA | Gary Newman - Cars.mp3 | Gary Newman | 3,701KB | Audio | |
| jumpzz23@KaZaA | Rolling Stones - Sympathy For The Devil.mp3 | Rolling Stones | 6,061KB | Audio | Symp |
| jumpzz23@KaZaA | Simon and Garfunkle - Mrs. Robinson.mp3 | Simon and Garfunkle | 3,600KB | Audio | |
| jumpzz23@KaZaA | Tupac Shakur - All About You.mp3 | Tupac Shakur | 3,264KB | Audio | |
| jumpzz23@KaZaA | 16-styles_p_and_bristal-i_got_u-rns.mp3 | Styles P _Bristal | 5,236KB | Audio | |
| jumpzz23@KaZaA | Lost Boys - Keep it real.mp3 | lost boyz | 3,930KB | Audio | |
| jumpzz23@KaZaA | Baseball - Terry Cashman - Talking Baseball.mp3 | Terry Cashman | 3,128KB | Audio | Willie, Mickey _The Dul |
| jumpzz23@KaZaA | mf doom - Karma.mp3 | MF Doom | 3,106KB | Audio | |
| jumpzz23@KaZaA | Nappy Roots - Po Folks.mp3 | Nappy Roots | 3,895KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs and Harmony - WeedMan.mp3 | Bone Thugs-N-Harmony | 3,706KB | Audio | |
| jumpzz23@KaZaA | Nappy Roots - Country Boyz.mp3 | Nappy Roots | 4,227KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs-N-Harmony - Ecstacy.mp3 | Bone Thugs-N-Harmony | 5,410KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Bone Thugs-N-Harmony - Ecstacy.mp3 | Bone Thugs-N-Harmony | 5,410KB | Audio | |
| jumpzz23@KaZaA | Bonethugs-N-Harmony - Blaze It.mp3 | Bone thugs-N-Harmony | 2,009KB | Audio | |
| jumpzz23@KaZaA | Dmx-10-I_Miss_You_Ft_Faith_Evans-supermp3s.mp3 | DMX | 4,414KB | Audio | I Miss ' |
| jumpzz23@KaZaA | 2Pac - So Many Tears.mp3 | Tupac Shakur | 3,740KB | Audio | |
| jumpzz23@KaZaA | Tupac - Dear Mama.mp3 | Tupac | 4,372KB | Audio | |
| jumpzz23@KaZaA | Blink 182 - 10 - Every Time I Look For You.mp3 | Blink 182 | 4,347KB | Audio | Everyl |
| jumpzz23@KaZaA | 2pac - Picture Me Rollin'.mp3 | Tupac Shakur | 4,918KB | Audio | |
| jumpzz23@KaZaA | Temptations - Just My Imagination.mp3 | Temptations | 3,663KB | Audio | J |
| jumpzz23@KaZaA | Sublime - Hope.mp3 | Sublime | 1,609KB | Audio | |
| jumpzz23@KaZaA | POD - Southtown.mp3 | P.O.D | 4,212KB | Audio | |
| jumpzz23@KaZaA | Roots Feat. Rahzel - 100% Dundee.mp3 | Roots Feat. Rahzel | 2,738KB | Audio | |
| 2 Users | Sublime - What I Got (1).mp3 | Sublime | 2,880KB | Audio | |
| jumpzz23@KaZaA | 01-SCARFACE- My Block CompleteCD (-Not Fake!).mp3 | Scarface | 3,398KB | Audio | My |
| jumpzz23@KaZaA | Blink 182 - 11 - Gimme One Good Reason (mp3wma.net).m... | Blink 182 | 3,108KB | Audio | Give Me |
| jumpzz23@KaZaA | Blink 182 - Take Off Your Pants and Jacket - 02 - Online So... | Blink 182 | 3,417KB | Audio | |
| jumpzz23@KaZaA | juvenile - SHE GET IT FROM HER MAMMA.mp3 | JuVi | 3,165KB | Audio | She Get |
| jumpzz23@KaZaA | dano BTO - You Aint Seen Nothing Yet (1).mp3 | Bachman-Turner Overdri... | 3,436KB | Audio | You Ain' |
| jumpzz23@KaZaA | Nirvana - Lake Of Fire.mp3 | Nirvana | 2,748KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - Cashmere Thoughts.mp3 | Jay-Z | 2,773KB | Audio | C |
| jumpzz23@KaZaA | 17 - Return To Innocence Lost.mp3 | The Roots | 5,327KB | Audio | Return |
| jumpzz23@KaZaA | 01-pharoahe_monch_ft_styles_p.-my_life-sse.mp3 | Pharoahe Monch | 3,923KB | Audio | M |
| jumpzz23@KaZaA | Dispatch - Who Are We Living For- - 12 - Prince of Spades... | Dispatch | 2,743KB | Audio | |
| jumpzz23@KaZaA | Led Zepplin - Black Dog.mp3 | Led Zepplin | 4,610KB | Audio | |
| jumpzz23@KaZaA | Outkast - Aquemini.mp3 | Big Boi and Dre present | 4,408KB | Audio | |
| jumpzz23@KaZaA | Counting Crows - Mr. Jones.mp3 | Counting Crows | 4,178KB | Audio | |
| jumpzz23@KaZaA | Teen - hot ass (1).jpg | xxx | 54KB | Image | |
| jumpzz23@KaZaA | Long Beach Dub All Stars - Rosarita.mp3 | Long Beach Dub Allstars | 2,948KB | Audio | |
| jumpzz23@KaZaA | Guns N' Roses - Sweet Child O' Mine.mp3 | Guns N' Roses | 5,569KB | Audio | S |
| jumpzz23@KaZaA | Guns and Roses - Knockin on Heavens Door.mp3 | Guns N Roses | 5,438KB | Audio | Knockin |
| jumpzz23@KaZaA | 10-the_ataris-the_boys_of_summer-ph.mp3 | The Ataris | 6,065KB | Audio | T |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

ile View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Guns and Roses - Knockin on Heavens Door.mp3 | Guns N Roses | 5,438KB | Audio | Knockin |
| jumpzz23@KaZaA | 10-the_ataris-the_boys_of_summer-ph.mp3 | The Ataris | 6,065KB | Audio | Tl |
| jumpzz23@KaZaA | 03-mr_cheeks-the_hussle_(feat_mop)-rns.mp3 | Mr Cheeks | 6,797KB | Audio | The Hus: |
| jumpzz23@KaZaA | LINKIN PARK-METEORA-faint.mp3 | Linkin Park | 3,799KB | Audio | |
| jumpzz23@KaZaA | 01 the roots - act won (things fall apart).mp3 | The Roots | 1,693KB | Audio | Act Won |
| jumpzz23@KaZaA | Jay-z - feelin it.mp3 | Jay-Z | 3,572KB | Audio | |
| jumpzz23@KaZaA | Beastie Boys - Paul Revere.mp3 | Beastie Boys | 3,451KB | Audio | |
| jumpzz23@KaZaA | 50 Cent - Thicker Then Water.mp3 | 50 Cent | 3,594KB | Audio | 1 |
| jumpzz23@KaZaA | The Roots - Things Fall Apart.mp3 | The Roots | 4,283KB | Audio | Ain't |
| jumpzz23@KaZaA | Lost Boyz My Crew.mp3 | Lost Boyz | 4,696KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - Reasonable Doubt - 11 - Coming of Age.mp3 | Jay-Z | 3,817KB | Audio | |
| jumpzz23@KaZaA | Goldfinger - I Still Feel the Same (1).mp3 | Goldfinger | 2,973KB | Audio | I' |
| jumpzz23@KaZaA | Counting Crows - A Long December.mp3 | Counting Crows | 3,995KB | Audio | |
| jumpzz23@KaZaA | Pearl Jam - Black.mp3 | Pearl Jam | 5,378KB | Audio | |
| jumpzz23@KaZaA | Dead Kennedy - I Fought the Law.mp3 | Dead Kennedys | 2,174KB | Audio | |
| jumpzz23@KaZaA | Drop Kick Murphys - Barroom Hero.mp3 | Dropkick Murphy's | 2,779KB | Audio | |
| jumpzz23@KaZaA | Priceless - Party Sex Caught.jpg | Porno | 61KB | Image | Priceless |
| jumpzz23@KaZaA | Kobe_Tai_7 (1).jpg | Kobe-Tai | 143KB | Image | Kob |
| jumpzz23@KaZaA | Drop Kick Murphy's - The Gang's All Here.mp3 | Dropkick Murphy's | 1,984KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Stir It Up.mp3 | Bob Marley | 3,414KB | Audio | |
| jumpzz23@KaZaA | Jay Z - D'evils.mp3 | Jay-Z | 3,332KB | Audio | |
| jumpzz23@KaZaA | nappy roots - aww naw.mp3 | Nappy Roots | 3,847KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - Reasonable Doubt - Dead Presidents II .mp3 | Jay-Z | 3,132KB | Audio | |
| jumpzz23@KaZaA | jedi mind tricks - retaliation.mp3 | Jedi Mind Tricks | 3,555KB | Audio | |
| jumpzz23@KaZaA | nappy roots - Country Dialect.mp3 | Nappy Roots | 1,970KB | Audio | |
| jumpzz23@KaZaA | 10-dead_prez-hell_yeah-rns.mp3 | Dead Prez | 6,398KB | Audio | |
| jumpzz23@KaZaA | 06) Life Goes On.mp3 | Long Beach Dub All Stars | 3,095KB | Audio | |
| jumpzz23@KaZaA | Limp Bizkit - No Sex.mp3 | Limp Bizkit | 3,647KB | Audio | |
| jumpzz23@KaZaA | The Roots Ft Erikah Badu - You Got Me.mp3 | The Roots | 4,052KB | Audio | |

und 814 files | 2,769,538 users online, sharing 1,477,447,318 files (28,414,464 GB) | Not sharing any files

Kazaa - [Search]

ile View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | The Roots Ft Erikah Badu - You Got Me.mp3 | The Roots | 4,052KB | Audio | |
| jumpzz23@KaZaA | Marshall Tucker Band - Take A Load Off Annie.mp3 | Marshall Tucker Band | 4,280KB | Audio | Tak |
| jumpzz23@KaZaA | Denise Richards Nude - 001.jpg | Denise Richards | 36KB | Image | De |
| jumpzz23@KaZaA | Anderson, Pam 30(nude).jpg | nUDE pHOTO | 29KB | Image | pAMALA aNDERSON nAKED |
| jumpzz23@KaZaA | TORI,CHYNA,LITA,TRISH STRATUS,SABLE NUDE (1) (2).b... | Sexy | 20KB | Image | porn sex porno erotic fu |
| jumpzz23@KaZaA | Things Fall Apart - The Roots - Dynamite!.mp3 | The Roots | 3,348KB | Audio | |
| jumpzz23@KaZaA | big l - the heist revisited.mp3 | Big L | 4,322KB | Audio | |
| jumpzz23@KaZaA | Snoop Dogg, Nate Dogg, Tha Eastsidaz, Master P - Lay ... | Snoop Dogg | 3,628KB | Audio | Lay Low Ft. N |
| jumpzz23@KaZaA | Nate_Dogg_Warren_G-Nobody_Does_It_Better.mp3 | Nate Dogg Feat Warren G | 4,583KB | Audio | Not |
| jumpzz23@KaZaA | Lost Boys - Ghetto Jiggy.mp3 | Lost Boyz | 5,129KB | Audio | |
| jumpzz23@KaZaA | Roots, The - 02 - Table of Contents (Parts 1 2).mp3 | The Roots | 3,398KB | Audio | Table of Cc |
| jumpzz23@KaZaA | Jay-Z - Friend Or Foe.mp3 | Jay-Z | 1,719KB | Audio | |
| jumpzz23@KaZaA | Lost Boyz - Only Live Once.mp3 | Lost Boyz | 2,988KB | Audio | |
| jumpzz23@KaZaA | Benefit - My Enemy.mp3 | Benefit | 2,932KB | Audio | |
| jumpzz23@KaZaA | Jay Z - Can I Live II.mp3 | Jay-Z | 3,702KB | Audio | |
| jumpzz23@KaZaA | Eminem - Role Model.mp3 | Eminem | 2,408KB | Audio | |
| jumpzz23@KaZaA | Tragedy Khadafi - True Confessions.mp3 | Tragedy Khadafi | 4,024KB | Audio | |
| jumpzz23@KaZaA | Prophets feat. Slug - Never.mp3 | Atmosphere | 4,413KB | Audio | |
| jumpzz23@KaZaA | Sublime - Doin' Time.mp3 | Sublime | 3,944KB | Audio | |
| jumpzz23@KaZaA | (11) Nappy Roots - Blowin Trees.mp3 | Nappy Roots | 2,012KB | Audio | |
| jumpzz23@KaZaA | Eminem - Brain Damage.mp3 | Eminem | 3,544KB | Audio | |
| jumpzz23@KaZaA | Sublime - Sublime - Pawn Shop.mp3 | Sublime | 4,292KB | Audio | |
| jumpzz23@KaZaA | Eminem - My Fault.mp3 | Eminem | 3,765KB | Audio | |
| jumpzz23@KaZaA | 09- Lifestylez Ov Da Poor Dangerous.mp3 | Big L | 3,146KB | Audio | 09- Lifestylez C |
| jumpzz23@KaZaA | Eminem - Just Don't Give A Fuck.mp3 | Eminem | 3,789KB | Audio | Jus |
| jumpzz23@KaZaA | Lost Boyz - Music Makes Me High.mp3 | Lost Boyz | 4,233KB | Audio | Mi |
| jumpzz23@KaZaA | Rock Alternative - Blink 182 - Going Off to College.mp3 | Blink 182 | 2,796KB | Audio | G |
| jumpzz23@KaZaA | 2pac ft.mp3 | Tupac | 4,146KB | Audio | |
| jumpzz23@KaZaA | Jay-z - politics as usaul.mp3 | Jay-Z | 3,455KB | Audio | |
| jumpzz23@KaZaA | 08 the roots the seed 2.0 ft cody chesnutt cue (1).m | The Roots | 5,281KB | Audio | The Seed (2.( |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

e View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| ser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Jay-z - politics as usaul.mp3 | Jay-Z | 3,455KB | Audio | |
| jumpzz23@KaZaA | 08-the_roots-the_seed_2.0_ft_cody_chesnutt-swe (1).m... | The Roots | 6,281KB | Audio | The Seed (2.C |
| jumpzz23@KaZaA | 12.Jay-Z Feat. Eminem - Renegade.mp3 | Jay-Z Feat. Eminem | 5,280KB | Audio | |
| jumpzz23@KaZaA | DJ Premier - Shades of Brooklyn.mp3 | Gangstarr, Mos Def, Macy.. | 4,304KB | Audio | |
| jumpzz23@KaZaA | Noreaga f Carl Thomas-I Love My Life.mp3 | Noreaga Ft. Carl Thomas | 4,179KB | Audio | |
| jumpzz23@KaZaA | Norega - Mathematics (Esta Loca).mp3 | Noreaga | 2,408KB | Audio | Mathe |
| jumpzz23@KaZaA | Nore-The Assignment.mp3 | Noreaga F.Busta,Spliff St... | 3,961KB | Audio | |
| jumpzz23@KaZaA | 04 Nas - I Gave You Power.mp3 | Nas | 4,542KB | Audio | |
| jumpzz23@KaZaA | Big L ft. Jay-Z - Da Graveyard.mp3 | Big L | 5,057KB | Audio | |
| jumpzz23@KaZaA | Big L - Street Struck.mp3 | Big L | 3,898KB | Audio | |
| jumpzz23@KaZaA | Big L f. Camron_McGruff - 8 iz Enuff.mp3 | Big L feat. Cam'ron_McG... | 4,671KB | Audio | |
| jumpzz23@KaZaA | Onyx - Slam Harder.mp3 | Onyx | 4,326KB | Audio | |
| jumpzz23@KaZaA | Big L - Danger Zone.mp3 | Big L | 3,396KB | Audio | |
| jumpzz23@KaZaA | Scarface Ft. Jay-Z and Beanie Sigel - Guess Who's Back.M... | Scarface Ft. Jay-Z, Beani... | 3,668KB | Audio | |
| jumpzz23@KaZaA | nas - take it in blood.mp3 | Nas | 4,504KB | Audio | |
| jumpzz23@KaZaA | Nelly - 10 - Dilemma Ft Kelly Rowland - simplemp3s.mp3 | Nelly | 5,649KB | Audio | |
| jumpzz23@KaZaA | Milf Hunter - Sammy.mpg | Milf Hunter | 128,692KB | Video | M |
| jumpzz23@KaZaA | Jay Z - The Dynasty Roc La Familia - 21 - Regrets.mp3 | Jay-z | 4,253KB | Audio | |
| jumpzz23@KaZaA | wife 22 naked.jpg | Amateur | 32KB | Image | |
| jumpzz23@KaZaA | Foghat - Slow Ride.mp3 | Foghat | 3,726KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - Reasonable Doubt - 08 - Can I Live.mp3 | Jay-Z | 2,934KB | Audio | |
| jumpzz23@KaZaA | THE FIX NOT FAKE.mp3 | Scareface | 3,398KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chili Peppers - By The Way (1) (2).mp3 | Red Hot Chilli Peppers | 2,497KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chilli Peppers - Soul To Squeeze.mp3 | Red Hot Chilli Peppers | 4,578KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chili Peppers - Californication - 14 - Right On Time... | Red Hot Chilli Peppers | 2,914KB | Audio | |
| jumpzz23@KaZaA | M.O.P. - Blood Sweat_Tears.mp3 | MOP | 4,419KB | Audio | |
| jumpzz23@KaZaA | Lost Boyz - Is This Da Part.mp3 | Lost Boyz | 3,536KB | Audio | |
| jumpzz23@KaZaA | big l - times is hard on the boulevard.mp3 | Big L | 4,880KB | Audio | Times Is Harc |
| jumpzz23@KaZaA | Atmosphere - Scapegoat.mp3 | Atmosphere | 3,676KB | Audio | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

/ Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Atmosphere - Scapegoat.mp3 | Atmosphere | 3,676KB | Audio | |
| jumpzz23@KaZaA | G Dep - Everyday.mp3 | G-Dep | 3,844KB | Audio | |
| jumpzz23@KaZaA | Sublime - Under My Voodoo.mp3 | Sublime | 3,217KB | Audio | |
| jumpzz23@KaZaA | Sublime - Get Ready.mp3 | Sublime | 4,542KB | Audio | |
| jumpzz23@KaZaA | Sublime - Slow Ride.mp3 | Sublime | 4,102KB | Audio | |
| jumpzz23@KaZaA | Sublime - 11 - The Ballad of Johnny Butt.mp3 | Sublime | 2,056KB | Audio | The Bal |
| jumpzz23@KaZaA | Sublime - 40 Oz To Freedom.mp3 | Sublime | 2,860KB | Audio | |
| jumpzz23@KaZaA | Jay-Z feat. Lox _Beanie Sigel - Reservoir Dogs.mp3 | Jay Z feat. The Lox | 4,989KB | Audio | |
| jumpzz23@KaZaA | Sublime - New Realization.mp3 | Sublime | 2,224KB | Audio | |
| jumpzz23@KaZaA | Sublime - Garden Grove.mp3 | Sublime | 3,065KB | Audio | |
| jumpzz23@KaZaA | (Ska) Sublime - Romeo.MP3 | Sublime | 3,180KB | Audio | |
| jumpzz23@KaZaA | Beastie Boys - Rhymin and Stealin.mp3 | Beastie Boys | 3,873KB | Audio | |
| jumpzz23@KaZaA | Too short - Yo neck, yo back, my dick and my sack (1).mp3 | Too Short | 3,220KB | Audio | |
| jumpzz23@KaZaA | Tupac - All Eyes On Me.mp3 | Tupac | 4,810KB | Audio | |
| jumpzz23@KaZaA | Talib Kweli _Hi-Tek - Memories Live.mp3 | Talib Kweli _Hi-Tek | 3,730KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - 1957.mp3 | Atmosphere | 2,888KB | Audio | |
| jumpzz23@KaZaA | 13 - Ludacris - Keep It On The Hush - supermp3s.mp3 | Ludacris | 4,480KB | Audio | Ke |
| jumpzz23@KaZaA | Jadakiss _Gangstar - Right Where You Stand.mp3 | Gangstarr feat Jadakiss | 3,163KB | Audio | R |
| jumpzz23@KaZaA | 2pac - All Eyes On Me - 13. Heaven Ain't Hard 2 Find.mp3 | Tupac Shakur | 3,732KB | Audio | Heave |
| jumpzz23@KaZaA | MILF HUNTER - maricel.mpg | MILFHunter.com | 177,844KB | Video | MILI |
| jumpzz23@KaZaA | sublime - april 29, 1992.mp3 | Sublime | 3,638KB | Audio | |
| jumpzz23@KaZaA | Q-Tip- Vibrant thing.mp3 | Tribe Called Quest | 2,329KB | Audio | |
| jumpzz23@KaZaA | Timberland _Magoo - All Yall 1.mp3 | Timberland and Magoo | 1,448KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chilli Peppers - Under the Bridge.mp3 | Red Hot Chilli Peppers | 3,613KB | Audio | |
| jumpzz23@KaZaA | Lost Boys-123 Problems.mp3 | Lost Boyz | 5,076KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Stressed Out.mp3 | A Tribe Called Quest | 4,483KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Sucka Nigga.mp3 | A Tribe Called Quest | 3,823KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Can I Kick It.mp3 | A Tribe Called Quest | 3,816KB | Audio | |
| jumpzz23@KaZaA | Nightmares On Wax -13 -A Tribe Called Quest -Award Tour.. | A Tribe Called Quest | 4,344KB | Audio | |
| jumpzz23@KaZaA | a tribe called quest - check the rhime.mp3 | A Tribe Called Quest | 1,475KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files