Kazaa - [Search]

le View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Nightmares On Wax -13 -A Tribe Called Quest -Award Tour.. | A Tribe Called Quest | 4,344KB | Audio | |
| jumpzz23@KaZaA | a tribe called quest - check the rhime.mp3 | A Tribe Called Quest | 1,475KB | Audio | |
| jumpzz23@KaZaA | Tribe Called Quest - Find My Way.mp3 | Tribe Called Quest | 3,173KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Buggin' Out.mp3 | A Tribe Called Quest | 3,391KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Electric Relaxation.mp3 | A Tribe Called Quest | 3,802KB | Audio | |
| jumpzz23@KaZaA | 02 - Luck Of Lucien.mp3 | A Tribe Called Quest | 3,222KB | Audio | |
| jumpzz23@KaZaA | a tribe called quest - jazz (we've got).mp3 | A Tribe Called Quest | 3,912KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Scenerio.mp3 | Tribe Called Quest (feat. ... | 2,952KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Midnight Marauders - Oh My God.m... | A Tribe Called Quest | 2,857KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Hot Sex On A Platter.mp3 | A Tribe Called Quest | 2,592KB | Audio | Ho |
| jumpzz23@KaZaA | A Tribe Called Quest - If the Papes Come.mp3 | A Tribe Called Quest | 3,967KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - I Left My Wallet In El Segundo.mp3 | A Tribe Called Quest | 3,826KB | Audio | Left My W |
| jumpzz23@KaZaA | Kiss Tha Game Goodbye - Jadakiss - We Gonna Make It fea.. | Jadakiss | 2,508KB | Audio | We Gonna M |
| jumpzz23@KaZaA | A Tribe Called Quest - Keeping It Moving.mp3 | A Tribe Called Quest | 3,414KB | Audio | |
| jumpzz23@KaZaA | Long Beach Dub Allstars - Fugazi.mp3 | Long Beach Dub All Stars | 3,398KB | Audio | |
| jumpzz23@KaZaA | Lost Boyz - Get Up.mp3 | Lost Boyz | 3,809KB | Audio | |
| jumpzz23@KaZaA | Lost Boyz- Renee .mp3 | Lost Boyz | 3,444KB | Audio | |
| jumpzz23@KaZaA | Lost Boys - Lifestyles of the Rich and Shameless.mp3 | Lost Boyz | 4,074KB | Audio | Lifestyles of the F |
| jumpzz23@KaZaA | LOSTBOYS - LEX COUPS, BEEMERS BENZ.MP3 | Lost Boys | 4,295KB | Audio | Jeeps, lex |
| jumpzz23@KaZaA | Lost Boyz - Legal Drug Money - 11 - Straight From da Ghet... | Lost Boyz | 2,656KB | Audio | Straig |
| jumpzz23@KaZaA | Lost Boyz - Lifestyles Of the Rich and Shameless (Remix).... | Lost Boyz | 4,064KB | Audio | Lifestyles Of the Rich and |
| 2 Users | Lost Boyz - Lifestyles of the Rich and Shameless (Remix) (1... | Lost Boys | 3,793KB | Audio | Lifestyles Of The Rich And |
| jumpzz23@KaZaA | Bob Marley - Don't Worry, Be Happy.mp3 | Bob Marley | 3,661KB | Audio | Don' |
| jumpzz23@KaZaA | Bob Marley - Get Up Stand Up.mp3 | Bob Marley | 3,075KB | Audio | |
| jumpzz23@KaZaA | Bob Marely- One Love .mp3 | Bob Marley | 2,018KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Satisfy My Soul.mp3 | Bob Marley | 4,242KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Waiting In Vain.mp3 | Bob Marley | 3,995KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Redemption Song.mp3 | Bob Marley | 3,583KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Is This Love.mp3 | Bob Marley | 3,616KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Three Little Birds.mp3 | Bob Marley | [illegible] | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Bob Marley - Is This Love.mp3 | Bob Marley | 3,616KB | Audio | |
| jumpzz23@KaZaA | Bob Marley - Three Little Birds.mp3 | Bob Marley | 2,814KB | Audio | |
| jumpzz23@KaZaA | Long Beach Dub All Stars - My Own Life.mp3 | Long Beach Dub Allstars | 2,773KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Runnin' Down a Dream.mp3 | Tom Petty | 4,077KB | Audio | Rur |
| jumpzz23@KaZaA | Big Tymers - Track 07.mp3 | Big Tymers | 4,609KB | Audio | |
| jumpzz23@KaZaA | 2pac - Better Dayz.mp3 | Tupac | 4,030KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Learning To Fly.mp3 | Tom Petty | 3,761KB | Audio | |
| jumpzz23@KaZaA | Tom Petty - Free Fallin'.mp3 | Tom Petty | 3,897KB | Audio | |
| jumpzz23@KaZaA | Tom Petty _the Heartbreakers - Greatest Hits - 14 - Runni... | Tom Petty _the Heartbr... | 3,087KB | Audio | Rur |
| jumpzz23@KaZaA | Dr. Dre - Xplosive.mp3 | Dr. Dre | 3,364KB | Audio | |
| jumpzz23@KaZaA | New Artist (109) - Track 02.mp3 | dash board confessional | 3,536KB | Audio | sci |
| jumpzz23@KaZaA | Atmosphere - Don't Ever Question That.mp3 | Atmosphere | 3,526KB | Audio | Don't Ever F |
| jumpzz23@KaZaA | (05) Nappy Roots - Ballin On A Budget.mp3 | Nappy Roots | 1,739KB | Audio | |
| jumpzz23@KaZaA | 13-lowrider.mp3 | Cypress Hill | 4,433KB | Audio | |
| jumpzz23@KaZaA | Jimmy Eat World - Sweetness (new version good).mp3 | Jimmy Eat World | 3,403KB | Audio | |
| jumpzz23@KaZaA | Anticon - Slug - Sad Clown.mp3 | Atmosphere | 2,642KB | Audio | |
| jumpzz23@KaZaA | Ja Rule - Race Against Time.mp3 | Ja Rule | 4,432KB | Audio | |
| jumpzz23@KaZaA | murderers-down with you.mp3 | Ja Rule, Chuck, Vita _As... | 4,733KB | Audio | Dow |
| jumpzz23@KaZaA | 2pac - 12 Hit Em Up.mp3 | Tupac Shakur | 2,126KB | Audio | |
| jumpzz23@KaZaA | cypress hill-memories.mp3 | Cypress Hill | 3,890KB | Audio | |
| jumpzz23@KaZaA | Big Pun with Noreaga - You Came Up.mp3 | Big Pun | 3,637KB | Audio | |
| jumpzz23@KaZaA | Beanie Siegal - Remember Them Days.mp3 | Beanie Siegal (feat. Eve) | 3,672KB | Audio | Rer |
| jumpzz23@KaZaA | Oar - 3am.mp3 | OAR | 2,037KB | Audio | |
| jumpzz23@KaZaA | Rage Against The Machine - Down Rodeo.mp3 | Rage Against The Machine | 5,010KB | Audio | |
| jumpzz23@KaZaA | A Tribe Called Quest - Oh My God (Remix).mp3 | A Tribe Called Quest | 3,766KB | Audio | ( |
| jumpzz23@KaZaA | Lord Tarique And Peter Gunz Deja Vu (Up Town Baby).mp3 | Lord Tariq And Peter Gunz | 4,478KB | Audio | Deja |
| jumpzz23@KaZaA | TuPac - To Live And Die In L.A..mp3 | Tu Pac | 3,363KB | Audio | To |
| jumpzz23@KaZaA | Judgement Night(Teenage Fan Club with De La Soul) - Falli... | De La Soul | 4,187KB | Audio | |
| jumpzz23@KaZaA | New Artist - nappy roots - life's a bitch.mp3 | Nappy Roots | 4,409KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

ile View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | New Artist - nappy roots - life's a bitch.mp3 | Nappy Roots | 4,409KB | Audio | |
| jumpzz23@KaZaA | Tupac Shakur- I Wonder if Heaven Got A Ghetto.mp3 | 2 Pac | 4,386KB | Audio | I |
| jumpzz23@KaZaA | Tupac Shakur feat. Jon B. - Are You Still Down.mp3 | Tupac Shakur feat. Jon B. | 4,167KB | Audio | |
| jumpzz23@KaZaA | Tu Pac Feat. Biggie _Outlawz - Runnin {Unreleased}.mp3 | 2Pac/Big/Outlawz | 4,274KB | Audio | R |
| jumpzz23@KaZaA | 2Pac Greatest Hits - Tupac Shakur - Life Goes On.mp3 | Tupac Shakur | 3,558KB | Audio | |
| jumpzz23@KaZaA | 2Pac Greatest Hits - Tupac Shakur - Unconditional Love.mp3 | Tupac | 2,816KB | Audio | |
| jumpzz23@KaZaA | 2Pac _Outlaws - Baby Don't Cry(Keep Your Head Up).mp3 | 2 pac | 3,066KB | Audio | Baby Don't Cry(K |
| jumpzz23@KaZaA | TupacOutlawz-Still I Rise-10- The Good Die Young.mp3 | Tupac + Outlawz | 4,014KB | Audio | T |
| jumpzz23@KaZaA | Tupac Shakur - God Bless the Dead.mp3 | 2Pac | 4,120KB | Audio | |
| jumpzz23@KaZaA | Foo Fighters - Everlong.mp3 | Foo Fighters | 3,917KB | Audio | |
| jumpzz23@KaZaA | Jurassic Five - Concrete Playground.mp3 | Jurassic Five | 5,029KB | Audio | Co |
| jumpzz23@KaZaA | Bone Thugs N' Harmony- Fried Day.mp3 | Bone Thugs | 4,311KB | Audio | Bon |
| jumpzz23@KaZaA | Outkast - So Fresh, So Clean.mp3 | Outkast | 3,282KB | Audio | |
| jumpzz23@KaZaA | DMX- Hows it Going Down.mp3 | DMX | 2,199KB | Audio | H |
| jumpzz23@KaZaA | BONE THUGS N HARMONY 3LW - GET UP AND GET IT.mp3 | Bone Thugs N Harmony f... | 4,339KB | Audio | G |
| jumpzz23@KaZaA | 11-walk_with_me-rv.mp3 | Jedi Mind Tricks | 4,844KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs N Harmoney- 1st of Tha Month.mp3 | Bone Thugs -N- harmony | 3,686KB | Audio | |
| jumpzz23@KaZaA | Sublime - Same In The End.mp3 | Sublime | 2,446KB | Audio | |
| jumpzz23@KaZaA | DMX - For My Dogs.mp3 | The Fast and the Furious | 3,931KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs N Harmony - Love Of Money.mp3 | Bone Thugs _Harmony A... | 4,248KB | Audio | For T |
| jumpzz23@KaZaA | Eminem - My Name Is.mp3 | Eminem | 3,875KB | Audio | |
| jumpzz23@KaZaA | Talib Kweli _Hi-Tek(feat. Res) - Too Late.MP3 | Talib Kweli _Hi-Tek | 3,218KB | Audio | |
| jumpzz23@KaZaA | Bone Thuggs -N- Harmony-Dayz of Our Lives.mp3 | Bones Thugs and Harmony | 5,475KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs N' Harmony - It's All Good.mp3 | Bone Thugs N Harmony | 3,715KB | Audio | t's Al |
| jumpzz23@KaZaA | Bone Thugs -N- harmony - Mr. Bill Collector.mp3 | Bone Thugs -N- harmony | 4,711KB | Audio | |
| jumpzz23@KaZaA | 50 Cent - Good Die Young (DJ Clue).mp3 | 50 Cent | 1,654KB | Audio | |
| jumpzz23@KaZaA | Bone Thugs-N- Harmony-Resurection (paper, paper).mp3 | Bone Thugs and Harmony | 3,690KB | Audio | Resurecl |
| jumpzz23@KaZaA | Bone Thugs-N-Harmony - If I Could Teach The World.mp3 | Bone Thugs-n-harmony | 3,098KB | Audio | If I Coul |
| jumpzz23@KaZaA | Cormega- The Realness - 7 - Fallen Soldiers.mp3 | Cormega | 3,428KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Cormega- The Realness - 7 - Fallen Soldiers.mp3 | Cormega | 3,428KB | Audio | |
| jumpzz23@KaZaA | Cormega- The Realness - 3 -Thun Kicko Feat. Prodigy (M... | Cormega ft Prodigy | 3,699KB | Audio | |
| jumpzz23@KaZaA | Notorious BIG - Ten Crack Commandments.mp3 | Notorious B.I.G. | 3,196KB | Audio | Ten Cra |
| jumpzz23@KaZaA | Pearl Jam-I'm Going Hungry.mp3 | Temple Of The Dog | 3,880KB | Audio | |
| jumpzz23@KaZaA | Pearl Jam - Times they are a changin (Eddie solo, Bob Dyla... | Eddie Vedder | 3,016KB | Audio | The Times T |
| jumpzz23@KaZaA | Nature - 02-Man's World.mp3 | Nature | 3,944KB | Audio | |
| jumpzz23@KaZaA | Tupac-Me and My Girlfriend.mp3 | 2 Pac | 2,108KB | Audio | M |
| jumpzz23@KaZaA | Green Day - Burnout.mp3 | Green Day | 1,993KB | Audio | |
| jumpzz23@KaZaA | Marissa - Greenday - Sassafras Roots.mp3 | Green Day | 1,849KB | Audio | |
| jumpzz23@KaZaA | Greenday - When I Come Around.mp3 | Greenday | 2,437KB | Audio | Wh |
| jumpzz23@KaZaA | Greenday - Dookie - 12 - Emenius Sleepus.mp3 | Greenday | 1,218KB | Audio | |
| jumpzz23@KaZaA | Greenday - Dookie - 13 - In The End.mp3 | Green Day | 1,662KB | Audio | |
| jumpzz23@KaZaA | Greenday - FOD.mp3 | Greenday | 2,656KB | Audio | |
| jumpzz23@KaZaA | Eminem - As The World Turns.mp3 | Eminem (slim shady) | 2,073KB | Audio | |
| jumpzz23@KaZaA | Green Day - Having A Blast.mp3 | Green Day | 2,572KB | Audio | |
| jumpzz23@KaZaA | Greenday - Long view.mp3 | Green Day | 3,278KB | Audio | |
| jumpzz23@KaZaA | Green Day - Welcome To Paradise.mp3 | Green Day | 3,509KB | Audio | W |
| jumpzz23@KaZaA | Green Day - All By Myself.mp3 | Greenday | 1,478KB | Audio | |
| jumpzz23@KaZaA | Greenday - Basketcase.mp3 | Green Day | 2,859KB | Audio | |
| jumpzz23@KaZaA | Wu Tang Clan - Cream.mp3 | Wu-Tang Clan | 3,800KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - Reasonable Doubt - 01 - Can't Knock the Hustle.m... | Jay Z | 3,716KB | Audio | ca |
| jumpzz23@KaZaA | jay-z-the black album-99 problems.mp3 | jay-z | 4,665KB | Audio | |
| jumpzz23@KaZaA | Michael Jackson - Billie Jean.mp3 | Michael Jackson | 4,594KB | Audio | |
| jumpzz23@KaZaA | TuPac - Thug 4 Life (Unreleased).mp3 | Tu Pac | 3,405KB | Audio | Thug |
| jumpzz23@KaZaA | Beasty Boys-No sleep 'til Brooklyn.mp3 | Beastie Boys | 3,342KB | Audio | Ni |
| jumpzz23@KaZaA | Beasty Boys - Brass Money.mp3 | Beastie Boys | 1,844KB | Audio | |
| jumpzz23@KaZaA | Train - Meet Virginia (1).mp3 | Train | 2,817KB | Audio | |
| jumpzz23@KaZaA | notorius big - Party And Bullshit.mp3 | Notorius BIG | 3,345KB | Audio | |
| jumpzz23@KaZaA | Nas - Nas Is Like.mp3 | Nas | 3,698KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

ile View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| Jser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Nas - Nas Is Like.mp3 | Nas | 3,698KB | Audio | |
| jumpzz23@KaZaA | Eminem - If I Had.mp3 | Eminem | 3,854KB | Audio | |
| jumpzz23@KaZaA | Eminem - The Slim Shady LP - 03 - Guilty Conscience.mp3 | Eminem | 2,338KB | Audio | |
| jumpzz23@KaZaA | Slug - Abusing of the Rib.mp3 | Atmosphere | 4,033KB | Audio | |
| jumpzz23@KaZaA | Dispatch - Bang Bang.mp3 | Dispatch | 3,138KB | Audio | |
| jumpzz23@KaZaA | Brand Nubian - Don't Let It Go To Your Head.mp3 | Brand Nubian | 3,814KB | Audio | Don't Let |
| jumpzz23@KaZaA | Cormega- The Realness - 10 -Get Out My Way.mp3 | Cormega | 4,215KB | Audio | |
| jumpzz23@KaZaA | Da Brat feat. Krayzie Bone - Lets All Get High.mp3 | Krayzie Bone | 3,723KB | Audio | |
| jumpzz23@KaZaA | Big Pun - Endangered Species - 08 - Banned From TV.mp3 | Noreaga f/ Cormega, Big ... | 4,864KB | Audio | |
| jumpzz23@KaZaA | Copy of Biggie Smalls - Respect.mp3 | Notorious BIG | 5,030KB | Audio | |
| jumpzz23@KaZaA | 02-bubba_sparxxx-deliverance-xxl.mp3 | Bubba Sparxxx | 7,371KB | Audio | |
| jumpzz23@KaZaA | Smashing Pumpkins - 1979.mp3 | Smashing Pumpkins | 4,155KB | Audio | |
| jumpzz23@KaZaA | Janes Addiction - Jane Says.mp3 | Jane's Addiction | 3,986KB | Audio | |
| jumpzz23@KaZaA | Train - Meet Virginia.mp3 | Train | 3,740KB | Audio | |
| jumpzz23@KaZaA | Third Eye Blind - How's It Gonna Be.mp3 | Third Eye Blind | 3,954KB | Audio | |
| jumpzz23@KaZaA | Green Day-Time of your life.mp3 | GreenDay | 1,810KB | Audio | |
| jumpzz23@KaZaA | Scarface ft Tupac - Smile.mp3 | 2Pac | 4,736KB | Audio | |
| jumpzz23@KaZaA | Mobb Deep - Quite Storm.mp3 | Mobb Deep | 3,125KB | Audio | |
| jumpzz23@KaZaA | Mobb Deep - More Trife Life.mp3 | Mobb Deep | 3,513KB | Audio | |
| jumpzz23@KaZaA | Mob Deep - Hell On Earth.MP3 | Mobb Deep | 4,285KB | Audio | |
| jumpzz23@KaZaA | Smashing Pumpkins - Tonight Tonight.mp3 | Smashing Pumpkins | 2,994KB | Audio | |
| jumpzz23@KaZaA | Trick Daddy - I'm A Thug.mp3 | Trick Daddy | 3,975KB | Audio | |
| jumpzz23@KaZaA | Jay Z-Its a Hard Knock Life.mp3 | Jay-Z | 3,728KB | Audio | It |
| jumpzz23@KaZaA | Eminem - I'm Shady.mp3 | Eminem | 3,320KB | Audio | |
| jumpzz23@KaZaA | Mobb Deep _DMX - Quiet Storm (Victory Remix).mp3 | Mobb Deep feat. DMX | 3,765KB | Audio | Quiet St |
| jumpzz23@KaZaA | Eminem - Bad Meets Evil.mp3 | Eminem | 3,956KB | Audio | |
| jumpzz23@KaZaA | Eminem - 97' Bonnie an' Clyde.mp3 | Eminem | 2,472KB | Audio | 9; |
| jumpzz23@KaZaA | Eminem - Still Don't Give A Fuck.mp3 | Eminem | 3,956KB | Audio | Sti |
| jumpzz23@KaZaA | INSTRUMENTALS - Mobb Deep - Where Ya Heart At.mp3 | Mobb Deep | 4,184KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | INSTRUMENTALS - Mobb Deep - Where Ya Heart At.mp3 | Mobb Deep | 4,184KB | Audio | |
| jumpzz23@KaZaA | Lauren Hill - Ready or Not (Fugees).mp3 | Lauren Hill | 3,542KB | Audio | Rea |
| jumpzz23@KaZaA | Eminem - Cum On Everybody.mp3 | Eminem | 3,422KB | Audio | C |
| jumpzz23@KaZaA | Rolling Stones - Under My Thumb.mp3 | Rolling Stones | 3,497KB | Audio | |
| jumpzz23@KaZaA | fat_joe-11-life_goes_on-whoa.mp3 | Fat Joe | 6,969KB | Audio | |
| jumpzz23@KaZaA | Gun and Rose - Paradyse Citie.mp3 | Guns N' Roses | 4,757KB | Audio | |
| jumpzz23@KaZaA | Method Man feat Capadonna - Sweet Love.mp3 | Method Man | 3,267KB | Audio | |
| jumpzz23@KaZaA | Jay Z- Change Clothes.mp3 | jay-z | 6,026KB | Audio | |
| jumpzz23@KaZaA | Outcast - Hey Ya.mp3 | Outkast | 5,832KB | Audio | |
| jumpzz23@KaZaA | Rolling Stones - Paint It Black (1).mp3 | Rolling Stones | 3,526KB | Audio | |
| jumpzz23@KaZaA | Green Day - Kerplunk - 11 - Who Wrote Holden Caulfield.m... | Green Day | 2,562KB | Audio | Who Wrot |
| jumpzz23@KaZaA | Blink 182 - Josie.mp3 | Blink 182 | 1,951KB | Audio | |
| jumpzz23@KaZaA | 15-mobb_deep-ragga-supermp3s.mp3 | Mobb Deep | 4,180KB | Audio | |
| jumpzz23@KaZaA | Notorious BIG - Last Day.mp3 | Notorious B.I.G. | 4,044KB | Audio | |
| jumpzz23@KaZaA | The D.O.C. - Bridget.mp3 | D.O.C. f/ Dre | 4,382KB | Audio | |
| jumpzz23@KaZaA | deuce komradz-ride and smokin.mp3 | Deuce Komradz | 4,480KB | Audio | |
| jumpzz23@KaZaA | fat_joe-12-loyalty-whoa.mp3 | Fat Joe | 6,964KB | Audio | |
| jumpzz23@KaZaA | 2pac - Better Dayz feat Arapi ogE, Guin, Dr. Laz.mp3 | Tupac | 4,030KB | Audio | |
| jumpzz23@KaZaA | Mos Def - Traveling Man.mp3 | Mos Def | 4,928KB | Audio | |
| jumpzz23@KaZaA | Marvin Gaye - Sexual Healing.mp3 | Marvin Gaye | 3,895KB | Audio | |
| jumpzz23@KaZaA | Tupac - Ambitions as a Rider.mp3 | Tupac | 4,351KB | Audio | Ar |
| jumpzz23@KaZaA | Bone Thugs-N-Harmony-Weed Song.mp3 | Bone Thugz | 3,906KB | Audio | |
| jumpzz23@KaZaA | mobb deep so long.mp3 | Mobb Deep | 3,345KB | Audio | |
| jumpzz23@KaZaA | Barry White...- Lets get it on.mp3 | Marvin Gaye | 4,594KB | Audio | |
| jumpzz23@KaZaA | Tupac-BETTER DAYZ-Catchin Feelings (1).mp3 | Tupac | 4,588KB | Audio | |
| jumpzz23@KaZaA | the strokes - Someday.mp3 | The Strokes | 2,892KB | Audio | |
| jumpzz23@KaZaA | Eminem ft Tupac - Murder, Murder.mp3 | Eminem | 4,384KB | Audio | |
| jumpzz23@KaZaA | Snoop Doggy Dog - Beautiful Ft. Pharell, Unncle Charlie Wil... | Snoop Dogg | 4,664KB | Audio | Beautiful Ft. Pharell, Ur |
| jumpzz23@KaZaA | Billy Joel - Oh What a Night.mp3 | Billy Joel | 3,375KB | Audio | |
| jumpzz23@KaZaA | [illegible] | [illegible] | [illegible] | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Billy Joel - Oh What a Night.mp3 | Billy Joel | 3,375KB | Audio | |
| jumpzz23@KaZaA | 14-kublain_khan-rv.mp3 | Jedi Mind Tricks | 5,100KB | Audio | |
| jumpzz23@KaZaA | Michael Jackson - Wanna Be Startin' Somethin'.mp3 | Micheal Jackson | 4,259KB | Audio | Wanna B |
| jumpzz23@KaZaA | Notorious BIG feat. 112 - The Sky Is The Limit.mp3 | Biggie Smalls | 4,526KB | Audio | |
| jumpzz23@KaZaA | 02-freeway_ft_jay-z_and_beanie_sigel-what_we_do-gsm... | Freeway Ft. JayZ Beanie ... | 5,110KB | Audio | |
| jumpzz23@KaZaA | Gza-Breaker Breaker.mp3 | GZA/Genius | 1,714KB | Audio | |
| jumpzz23@KaZaA | DJ SKRIBBLE vs RHAZEL.mp3 | Rhazel f. DJ Scribble | 3,252KB | Audio | |
| jumpzz23@KaZaA | Rhazel - If Your Mother Only Knew.mp3 | Rhazel | 3,588KB | Audio | If Your |
| jumpzz23@KaZaA | Rahzel - All I Know.mp3 | Rahzel | 4,052KB | Audio | |
| jumpzz23@KaZaA | Lynard Skynard - Sweet Home Alabama.mp3 | Lynard Skynard | 3,510KB | Audio | Sw |
| jumpzz23@KaZaA | Gza - Bible.mp3 | GZA/Genius feat Killah Pri... | 4,220KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - If I Should Die.mp3 | Jay-Z | 3,461KB | Audio | |
| jumpzz23@KaZaA | Dr. Dre - Some LA Niggas.mp3 | Dr. Dre | 1,804KB | Audio | |
| jumpzz23@KaZaA | Notorious BIG - Ready To Die - Everyday Struggle.mp3 | The Notorious B.I.G. | 4,978KB | Audio | |
| jumpzz23@KaZaA | the offspring - nitro.mp3 | Offspring | 2,303KB | Audio | ni |
| jumpzz23@KaZaA | Mase feat. Lox, Dmx and Black Rob - 24 Hours to Live.mp3 | Mase f.The LOX, DMX, Bl... | 4,001KB | Audio | |
| jumpzz23@KaZaA | 11. Cypress Hill - Lowrider.mp3 | Cypress Hill | 3,917KB | Audio | |
| jumpzz23@KaZaA | Cypress Hill - Hits From The Bong.mp3 | Cypress Hill | 2,196KB | Audio | |
| jumpzz23@KaZaA | Method Man - Perfect World.mp3 | Method Man | 2,824KB | Audio | |
| jumpzz23@KaZaA | Cypress Hill - Insane In The Membrane.mp3 | Cypress Hill | 2,904KB | Audio | Insane |
| jumpzz23@KaZaA | (Tupac) - High Til I Die.mp3 | 2Pac | 3,856KB | Audio | |
| jumpzz23@KaZaA | 02-rancid-fall_back_down-esc.mp3 | Rancid | 5,250KB | Audio | |
| jumpzz23@KaZaA | Flogging Molly - Far Away Boys.mp3 | Flogging Molly | 4,786KB | Audio | |
| jumpzz23@KaZaA | Method Man - Party Crasher.mp3 | Method Man | 3,635KB | Audio | |
| jumpzz23@KaZaA | POD - Alive (1).mp3 | P.O.D. | 3,156KB | Audio | |
| jumpzz23@KaZaA | Rage Against The Machine - Year Of Tha Boomerang.mp3 | Rage Against The Machine | 3,736KB | Audio | Year |
| jumpzz23@KaZaA | Rage Against The Machine - People Of The Sun.mp3 | Rage Against The Machine | 2,354KB | Audio | |
| jumpzz23@KaZaA | Tupac Shakur - Temptations.mp3 | 2Pac | 4,724KB | Audio | |
| jumpzz23@KaZaA | Flogging Molly - Swagger - 07 The Likes Of You Again.mp3 | Flogging Molly | 4,282KB | Audio | The |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Flogging Molly - Swagger - 07 The Likes Of You Again.mp3 | Flogging Molly | 4,282KB | Audio | The |
| jumpzz23@KaZaA | Various Artists - Flogging Molly - Every Dog Has It's Day.m... | Floggin Molly | 4,480KB | Audio | Ever |
| jumpzz23@KaZaA | Dipset Anthem (G Unit Freestyle).mp3 | 50 Cent | 1,826KB | Audio | Dipset Anthem |
| jumpzz23@KaZaA | 2pac-Outlaw.mp3 | Tupac Shakur | 4,265KB | Audio | |
| jumpzz23@KaZaA | Lox_DJ Premier- Recognize.mp3 | LOX | 3,960KB | Audio | |
| jumpzz23@KaZaA | (10) R. Kelly And Jay Z - Streets.mp3 | R. Kelly And Jay Z | 2,245KB | Audio | |
| jumpzz23@KaZaA | Biggie Smalls - Whats Beef.mp3 | The Notorious B.I.G. | 4,930KB | Audio | |
| jumpzz23@KaZaA | Tupac- Young niggas.mp3 | TUPAC | 3,439KB | Audio | |
| jumpzz23@KaZaA | 2pac - Old School.mp3 | Tupac Amaru Shakur | 3,289KB | Audio | |
| jumpzz23@KaZaA | 2pac(MATW) - It Ain't Easy.mp3 | 2Pac | 4,593KB | Audio | |
| jumpzz23@KaZaA | Tupac Shakur - If I Die Tonight.mp3 | TuPac | 3,778KB | Audio | |
| jumpzz23@KaZaA | Tupac Shakur - Me Against the World.mp3 | 2 Pac | 4,357KB | Audio | Me |
| jumpzz23@KaZaA | Tupac - Fuck The World.mp3 | 2Pac | 3,964KB | Audio | |
| jumpzz23@KaZaA | 06 - Lloyd Banks - Mind Playing Tricks on Me.mp3 | Lloyd Banks | 2,875KB | Audio | Mind Pl |
| jumpzz23@KaZaA | 2Pac Greatest Hits - Tupac Shakur - Me Against the World -.. | Tupac Shakur | 3,268KB | Audio | Me |
| jumpzz23@KaZaA | Jay-Z - Streets Is Watchin.mp3 | Jay-Z | 3,732KB | Audio | S |
| jumpzz23@KaZaA | Nas with Lauryn Hill (of the Fugees) - If I Ruled The World... | Nas | 3,856KB | Audio | If |
| jumpzz23@KaZaA | Tupac Mic (1).jpg | 2 Pac | 62KB | Image | |
| jumpzz23@KaZaA | 01- Tupac, Daz, Kurupt, Redman, and Method Man - Got ... | 2Pac, Red, Meth, Daz, Ku.. | 912KB | Audio | Go |
| jumpzz23@KaZaA | Scarface - No Tears.mp3 | Scarface | 2,337KB | Audio | |
| jumpzz23@KaZaA | 50 Cent - Doo Wop Freestyle.mp3 | 50 Cent | 3,417KB | Audio | I |
| jumpzz23@KaZaA | slug - A Song About a Friend.mp3 | atmosphere | 4,160KB | Audio | slug - A S |
| jumpzz23@KaZaA | Nas_Illmatic_04_The World Is Yours.mp3 | Nas | 4,542KB | Audio | |
| jumpzz23@KaZaA | Blink 182 - Adams Song.mp3 | Blink 182 | 3,414KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - A Week Ago.mp3 | Jay-Z | 4,698KB | Audio | |
| jumpzz23@KaZaA | Ghetto Boyz - Damn It Feels Good To Be a Gangsta.mp3 | Ghetto Boyz | 4,832KB | Audio | It Feels Go |
| jumpzz23@KaZaA | mobb deep - Half Way Crooks.mp3 | Mobb Deep | 5,094KB | Audio | |
| jumpzz23@KaZaA | atmosphere - Love Life.mp3 | Atmosphere | 1,486KB | Audio | |
| jumpzz23@KaZaA | Van Halen - Running With The Devil.mp3 | Van Halen | 3,347KB | Audio | Run |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,566,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

le View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| Iser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Van Halen - Running With The Devil.mp3 | Van Halen | 3,347KB | Audio | Runi |
| jumpzz23@KaZaA | 11-g-unit-smile-rns.mp3 | G-Unit | 5,111KB | Audio | |
| jumpzz23@KaZaA | Jedi Mind Tricks - I Against I.mp3 | Jedi Mind Tricks | 3,585KB | Audio | |
| jumpzz23@KaZaA | Jay Z ft. Sauce Money_Big Jaz - Bring It On.mp3 | Jay-Z | 4,687KB | Audio | |
| jumpzz23@KaZaA | Blink 182, Match Box 20, Third Eye Blind - Its a story of a gi... | Third Eye Blind | 2,904KB | Audio | |
| jumpzz23@KaZaA | styles p - a gangsta and a gentlemen - 20 - belive me.mp3 | Styles | 5,372KB | Audio | Nobody Belie |
| jumpzz23@KaZaA | DMX Ft The Lox and Mase - Niggaz Done Started Somethin... | DMX Ft The Lox and Mase | 4,829KB | Audio | Niggaz Don |
| jumpzz23@KaZaA | Hip-Hop-Jedi Mind Tricks - Violent By Design - 11 - Heavenly... | Jedi Mind Tricks | 4,284KB | Audio | |
| jumpzz23@KaZaA | Noreaga - Sometimes.mp3 | Noreaga | 3,560KB | Audio | |
| jumpzz23@KaZaA | Outkastt - Sorry Mrs Jackson.mp3 | Outkast | 4,328KB | Audio | Im |
| jumpzz23@KaZaA | OutKast - 01 - Hold On, Be Strong.mp3 | OutKast | 1,129KB | Audio | I |
| jumpzz23@KaZaA | Styles - A Gangster And A Gentleman - 16 - Listen.mp3 | Styles P | 2,787KB | Audio | |
| jumpzz23@KaZaA | 2 Pac Makavelli - Blasphemy.mp3 | Tupac | 4,358KB | Audio | |
| jumpzz23@KaZaA | Jay Z-THE GIFT (DISC 1)-the bounce.mp3 | Jay Z | 2,628KB | Audio | |
| jumpzz23@KaZaA | Sublime - Waiting For Bud.mp3 | Sublime | 979KB | Audio | |
| jumpzz23@KaZaA | Tupac - Only God Can Judge Me.mp3 | Tu Pac | 4,628KB | Audio | Only |
| jumpzz23@KaZaA | 50cent - Ya Heard Me.mp3 | 50 Cent | 3,652KB | Audio | |
| jumpzz23@KaZaA | Sublime - Lets Go Get Stoned.mp3 | Sublime | 3,334KB | Audio | L |
| jumpzz23@KaZaA | Jay-Z - Big Pimpin.mp3 | Jay-Z | 4,498KB | Audio | |
| jumpzz23@KaZaA | gza-Investigative Reports.mp3 | Genius-GZA | 3,592KB | Audio | Inv |
| jumpzz23@KaZaA | NIRVANA - rapé me.mp3 | NIRVANA | 2,302KB | Audio | |
| jumpzz23@KaZaA | Sublime - Badfish.mp3 | Sublime | 2,919KB | Audio | |
| jumpzz23@KaZaA | Sublime - Waiting For My Ruca.mp3 | Sublime | 2,199KB | Audio | W |
| jumpzz23@KaZaA | Sublime-¥DateRape.mp3 | Sublime | 1,560KB | Audio | |
| jumpzz23@KaZaA | Sublime-Stand By Your Van-------_Live-05-Greatest Hits.M... | Sublime | 3,348KB | Audio | |
| jumpzz23@KaZaA | Sublime - Caress Me Down (1).mp3 | Sublime | 3,309KB | Audio | |
| jumpzz23@KaZaA | Sublime - Poolshark.mp3 | Sublime | 2,132KB | Audio | |
| jumpzz23@KaZaA | sublime - boss dj.mp3 | Sublime | 2,836KB | Audio | |
| jumpzz23@KaZaA | Sublime - All You Need.mp3 | Sublime | 2,562KB | Audio | |
| jumpzz23@KaZaA | Sublime - Work That We Do.mp3 | Sublime | 2,401KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,202 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Sublime - All You Need.mp3 | Sublime | 2,562KB | Audio | |
| jumpzz23@KaZaA | Sublime - Work That We Do.mp3 | Sublime | 2,401KB | Audio | |
| jumpzz23@KaZaA | Sublime - KRS1.mp3 | Sublime | 2,242KB | Audio | |
| jumpzz23@KaZaA | Styles P.-A Gangsta _A Gentlemen-Retail-22-My Brother-... | Styles P. | 4,292KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chilli Peppers - Otherside.mp3 | Red Hot Chilli Peppers | 4,007KB | Audio | |
| jumpzz23@KaZaA | Sublime - Superstar Punami.mp3 | Sublime | 3,099KB | Audio | |
| jumpzz23@KaZaA | 16-g-unit-lay_you_down-rns.mp3 | G-Unit | 5,698KB | Audio | |
| jumpzz23@KaZaA | Ghetto Boys - Mind is Playing tricks on me.mp3 | Ghetto Boys | 4,860KB | Audio | My Mind I |
| jumpzz23@KaZaA | atmosphere - God Loves Ugly.mp3 | Atmosphere | 3,597KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - Lucy Ford EP - 02 - Like Today.mp3 | Atmosphere | 3,817KB | Audio | |
| jumpzz23@KaZaA | Eminem - Lose Yourself.mp3 | Eminem | 2,806KB | Audio | |
| jumpzz23@KaZaA | Comedy - Delta Commercial In Ebonics.mp3 | Big L | 1,530KB | Audio | |
| jumpzz23@KaZaA | Big L -The Big Picture - Platinum Plus.mp3 | Big L | 5,106KB | Audio | Platinum Pl |
| jumpzz23@KaZaA | Stone Temple Pilots - Vasoline.mp3 | Stone Temple Pilots | 2,764KB | Audio | |
| jumpzz23@KaZaA | Big L feat Tupac - Deadly Combination.mp3 | Big L | 2,374KB | Audio | Deadly Co.. |
| jumpzz23@KaZaA | Big L - Holdin' It Down.mp3 | Big L | 4,371KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chili Peppers - By The Way - 07 - Can`t Stop.mp3 | Red Hot Chilli Peppers | 4,185KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chili Peppers - Zephyr Song.mp3 | Red Hot Chilli Peppers | 5,476KB | Audio | |
| jumpzz23@KaZaA | Stone Temple Pilots - Plush.mp3 | Stone Temple Pilots | 4,901KB | Audio | |
| jumpzz23@KaZaA | Stone Temple Pilots - Creep.mp3 | Stone Temple Pilots | 5,208KB | Audio | |
| jumpzz23@KaZaA | Pennywise - Fight Till You Die.mp3 | Pennywise | 2,223KB | Audio | |
| jumpzz23@KaZaA | Pennywise - Society.mp3 | Pennywise | 3,205KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chilli Peppers - By the way - 9 - Midnight.mp3 | Red Hot Chili Peppers | 6,929KB | Audio | |
| jumpzz23@KaZaA | red hot chilli peppers - Don't forget me.mp3 | Red Hot Chili Peppers | 6,574KB | Audio | |
| jumpzz23@KaZaA | Red hot chilli peppers - This Is The Place.mp3 | Red Hot Chili Peppers | 4,980KB | Audio | |
| jumpzz23@KaZaA | Red Hot Chilli Peppers - 12 - Dosed4.mp3 | Red Hot Chili Peppers | 3,399KB | Audio | |
| jumpzz23@KaZaA | (18) Eminem - Till I Collapse.mp3 | Eminem | 2,327KB | Audio | |
| jumpzz23@KaZaA | Mr Cheeks - 01 - Supposed To - (feat. Floetry) - simplemp3:... | Mr Cheeks | 8,086KB | Audio | Supposed |
| jumpzz23@KaZaA | Pearl Jam - Jeremy.mp3 | Pearl Jam | 4,986KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,702 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

ile View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| Iser | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | Pearl Jam - Jeremy.mp3 | Pearl Jam | 4,988KB | Audio | |
| jumpzz23@KaZaA | 04-g-unit-im_so_hood-rns.mp3 | G-Unit | 3,405KB | Audio | |
| jumpzz23@KaZaA | Stone Temple Pilots - Half the man I used to be.MP3 | Stone Temple Pilots | 5,205KB | Audio | Half th |
| jumpzz23@KaZaA | Eminem - Lose Yourself - FULLLLL - Please Distribute - Nick... | Eminem | 5,184KB | Audio | Lose Yourself - FULL - SWEAR TO |
| jumpzz23@KaZaA | 50_cent - g-unit -03 - Story To Tell Freestyle.mp3 | Lloyd Banks | 3,550KB | Audio | Stor |
| jumpzz23@KaZaA | Gangstar f. Big L - Work Part II.mp3 | Gangstarr f Big L | 2,540KB | Audio | |
| jumpzz23@KaZaA | 50 cents - surrounded by hoes.mp3 | 50 Cent | 3,071KB | Audio | Si |
| jumpzz23@KaZaA | ALS DVD #29 Ember.mpg | The White Stripes | 5,397KB | Video | |
| jumpzz23@KaZaA | jzc-13-styles-we_thugs_my_niggas_ft_jadakiss_n_sheek-r... | Styles P | 2,878KB | Audio | W |
| jumpzz23@KaZaA | Nappy Roots - Kentucky Mud.mp3 | Nappy Roots | 4,458KB | Audio | |
| jumpzz23@KaZaA | Led Zepplin - Kashmir.mp3 | Led Zeppelin | 8,014KB | Audio | |
| jumpzz23@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | | Audio - Fin |
| jumpzz23@KaZaA | Big pun feat Fat Joe and Terror Squad - Glamour life.mp3 | Big Pun f Fat Joe/Terror ... | 4,418KB | Audio | |
| jumpzz23@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | | Audio - Public Enemy Re |
| jumpzz23@KaZaA | 50 Cent - 07 - Cocaine Dreams Feat. G-Unit - simplemp3s.... | 50 Cent | 3,414KB | Audio | Cocaine D |
| jumpzz23@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | | Audio - The H |
| jumpzz23@KaZaA | brooks_and_dunn-red_dirt_road-xxl.mp3 | Brooks_Dunn | 5,628KB | Audio | |
| jumpzz23@KaZaA | Dave Mathews Band - #41 (Acoustic).mp3 | Dave Matthews Band | 5,288KB | Audio | |
| jumpzz23@KaZaA | 05_cd2_jay_z_some_how_some_way_wcr.mp3 | Jay-Z | 7,914KB | Audio | So |
| jumpzz23@KaZaA | 411VM #40-Chaos.mp3 | Common | 4,986KB | Audio | |
| jumpzz23@KaZaA | 10-sheek_louch-how_i_love_you_(feat_styles_p)-rns.mp3 | Sheek Louch | 6,852KB | Audio | How I Love Y |
| jumpzz23@KaZaA | Eminem - Bully (FULL).mp3 | Eminem | 4,969KB | Audio | |
| jumpzz23@KaZaA | Royce 5'9 - Boom.mp3 | Royce Da 5`9 | 3,560KB | Audio | |
| jumpzz23@KaZaA | Gangstarr - 14 - Above the Clouds.mp3 | Gang Starr | 3,452KB | Audio | |
| jumpzz23@KaZaA | Mobb Deep,Kool G. Rap-The Realest.mp3 | Mobb Depp,Kool G. Rap | 4,130KB | Audio | |
| jumpzz23@KaZaA | 2Pac - When We Ride.mp3 | Tupac | 4,834KB | Audio | |
| jumpzz23@KaZaA | Xzibit - Paparazzi.mp3 | Xhibit | 3,692KB | Audio | |
| jumpzz23@KaZaA | Gangstar - Full Clip.mp3 | GangStarr w/Sticky Fingaz | 5,097KB | Audio | |
| jumpzz23@KaZaA | Blind Melon - No Rain.mp3 | Blind Melon | 8,212KB | Audio | |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,366,202 files (27,720,192 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| jumpzz23@KaZaA | 2Pac - When We Ride.mp3 | Tupac | 4,834KB | Audio | |
| jumpzz23@KaZaA | Xzibit - Paparazzi.mp3 | Xhibit | 3,692KB | Audio | |
| jumpzz23@KaZaA | Gangstar - Full Clip.mp3 | GangStarr w/Sticky Fingaz | 5,097KB | Audio | |
| jumpzz23@KaZaA | Blind Melon - No Rain.mp3 | Blind Melon | 8,212KB | Audio | |
| jumpzz23@KaZaA | Aesop Rock - Daylight.mp3 | Aesop Rock | 4,160KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - Ode To The Modern Man.mp3 | Atmosphere | 3,775KB | Audio | Ode T |
| jumpzz23@KaZaA | Everclear - Wonderful.mp3 | Everclear | 4,334KB | Audio | |
| jumpzz23@KaZaA | Westside Connection ft.mp3 | WSC | 4,265KB | Audio | |
| jumpzz23@KaZaA | Tragedy Khadafi - Permanently Scarred.mp3 | Tragedy Khadafi | 4,736KB | Audio | Pe |
| jumpzz23@KaZaA | Mobb Deep - Give Up The Goods.mp3 | Mobb Deep | 3,783KB | Audio | |
| jumpzz23@KaZaA | THE INFAMOUS MOBB DEEP - GET DEALT WITH.mp3 | Mobb Deep | 3,688KB | Audio | |
| jumpzz23@KaZaA | atmosphere - 19 - always coming back home to you (shhh ... | Atmosphere | 8,609KB | Audio | Always Cominc |
| jumpzz23@KaZaA | Krumb Snatcha (featuring Guru) - Incredible.mp3 | Guru | 3,511KB | Audio | |
| jumpzz23@KaZaA | Nelly - Luven Me.mp3 | Nelly | 3,862KB | Audio | |
| jumpzz23@KaZaA | Jay-Z - I'll do anything for you.mp3 | Jay - Z | 3,392KB | Audio | I'll c |
| jumpzz23@KaZaA | Audio - Ice-T SMG Repossession Album.kpl | Ice T - Sex Money Gunz (... | 4KB | | Audio - Ice-T SMG R |
| jumpzz23@KaZaA | Scarface feat Nas - In Between Us.mp3 | Nas | 6,998KB | Audio | |
| jumpzz23@KaZaA | Atmosphere - Nothing But Sunshine.mp3 | Atmosphere | 4,580KB | Audio | Nc |
| jumpzz23@KaZaA | Atmosphere -- WND.mp3 | Atmosphere | 2,950KB | Audio | |
| jumpzz23@KaZaA | Kanye West f.mp3 | Jamie Foxx (feat. Twista) | 3,463KB | Audio | |
| jumpzz23@KaZaA | Atmosphere 8 (1).mp3 | Atmosphere | 3,938KB | Audio | The Bass / |
| jumpzz23@KaZaA | atmosphere - 15 - denvemolorado.mp3 | Atmosphere | 2,996KB | Audio | |
| jumpzz23@KaZaA | headshots-industrial warfare-03-atmosphere-travel (remix).. | Aesop Rock | 3,169KB | Audio | |
| jumpzz23@KaZaA | All Vegas - Narcotics .mp3 | G-Unit | 3,402KB | Audio | |
| jumpzz23@KaZaA | 50 cent-g unit soldiers.mp3 | 50 cent | 1,525KB | Audio | |
| jumpzz23@KaZaA | 311 - Love Song.mp3 | 311 | 5,550KB | Audio | |
| jumpzz23@KaZaA | Lynard Skynard - Freebird.mp3 | Lynard Skynard | 8,552KB | Audio | |
| jumpzz23@KaZaA | Common-H.E.R..mp3 | Common | 4,354KB | Audio | |
| jumpzz23@KaZaA | Led Zepplin - Over The Hills And Far Away .mp3 | Led Zepplin | 2,267KB | Audio | Over The |

Participation Level: Low (0), Downloads: 1, Uploads: 0 | 2,747,986 users online, sharing 1,458,966,702 files (27,720,192 GB) | Not Sharing any files