# United States District Court
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARTISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,** | **Civil Case No.: CA 07 262 ML** |
| **Plaintiffs** | |
| **v.** | |
| **STUART SPRINGER,** | |
| **Defendant** | |

## ENTRY OF APPEARANCE

I, Mariah L. Sugden, Esq., hereby enter my appearance as counsel for Defendant, Stuart Springer.

DATED this 24h day of July, 2007.

Mariah L.Sugden, Esq.
Rhode Island Bar #6769
55 Memorial Blvd., Unit 6
Newport, RI 02840
401 849-1811 (phone)
401 849-1812 (fax)

**CERTICATE OF SERVICE**

I hereby certify that on July 24, 2007, I personally deposited for mailing a true and accurate copy of the attached document addressed to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Rd.
North Kingstown, RI 02852

Mariah L. Sugden, Esq.