RECEIVED
JUL 27 2007
Property of U.S. District Court
District of Rhode Island

# United States District Court
## DISTRICT OF RHODE ISLAND

**ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARTISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,**

**Plaintiffs**

**v.**

**STUART SPRINGER,**

**Defendant**

**Civil Case No.: CA 07 262 ML**

**STIPULATION EXTENDING TIME**

**DRI LR Cv 29**

COMES NOW Defendant, Stuart Springer, by and through his attorney, Mariah L. Sugden, Esq., and Plaintiffs, Elektra Entertainment Group Inc., et al, by and though their attorney, James O'Neil, and hereby stipulate and agree that Defendant shall have an additional thirty (30) days within which to answer or otherwise respond to the complaint in this matter.

Mariah L. Sugden, Esq.
Rhode Island Bar #6769

7/24/07
Date

James E. O'Neil, Esq.
Rhode Island Bar #2097

7/24/07
Date

Presented by:

Mariah L. Sugden, Esq.
Rhode Island Bar # 6769
55 Memorial Blvd., Unit 6
Newport, RI 02840
401 849-1811 (phone)
401 849-1812 (fax)