**United States District Court**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARTISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, Plaintiffs v. STUART SPRINGER, Defendant | Civil Case No.: CA 07 262 ML |

## ANSWER

## TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

### FIRST DEFENSE

1. The Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

2. This Court lacks subject matter jurisdiction.

### THIRD DEFENSE

3. This Court lacks personal jurisdiction.

**FOURTH DEFENSE**

4. This action is barred by untimely service of process.

**FIFTH DEFENSE**

5. This action is barred by improper service of process.

**SIXTH DEFENSE**

6. This action is barred by the statute of limitations.

**SEVENTH DEFENSE**

7. This action is barred by the statute of frauds.

**EIGTH DEFENSE**

8. This action is barred by the doctrines of laches, unclean hands and/or unjust enrichment.

**NINTH DFENSE**

9. The right to assert additional affirmative defenses, if any, to the extent and such additional affirmative defenses are applicable, are hereby reserved.

**TENTH DEFENSE**

10. Defendant admits the allegations contained in paragraphs 1, and 10 of the Complaint; Defendant alleges that Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 4, 5, 6, 7, 8, 9, 12, 13, and 15; and Defendant denies the allegations contained in paragraphs 2, 3, 14, 16, 17, and 18.

**WHEREFORE**, Defendant, Stuart Springer, prays:

1. Plaintiffs take nothing by their Complaint and that the Complaint be dismissed with prejudice;
2. Defendant be awarded his cost of suit and reasonable attorney's fees; and
3. For all other appropriate relief.

DATED this 23rd day of August, 2007.

Attorney for Defendant
Mariah L.Sugden, Esq.
Rhode Island Bar #6769
55 Memorial Blvd.
Unit 6
Newport, RI 02840
401 849-1811 (phone)
401 849-1812 (fax)
mariahsugden@hotmail.com

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Dist. Ct. Rules D.R.I, Rule 10 and Fed.R.Civ.P., Rule 5, I hereby certify that on August 23, 2007, I deposited for mailing a true and accurate copy of the attached Answer addressed to:

James E. O'Neil, Esq.
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Mariah L.Sugden, Esq.