**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, | Civil No. 1:07-cv-00262-ML-DLM |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| Stuart Springer, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs ELEKTRA ENTERTAINMENT GROUP, *et al.*, and Defendant Stuart Springer, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees. The parties request that the Clerk of Court now close this case.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorneys for Plaintiffs

Mariah L. Sugden
55 Memorial Blvd.
Unit 6
Newport, RI 02840
State Bar No. 6769
Telephone: (401)849-1811
Facsimile: (401)849-1812

Attorneys for Defendant